## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 11, 2016

Mr. Avi S. Garbow
Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
William Jefferson Clinton Building
Room 400
Washington, DC 20460

Ms. Gina McCarthy
Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
William Jefferson Clinton Building
Mail Code 1101A
Washington, DC 20460-0000

    **No. 16-60670   State of Texas, et al v. EPA, et al**
                  Agency No. 81 Fed. Reg. 53,284

Dear Mr. Garbow, and Ms. McCarthy,

You are served with the following document(s) under FED R. APP. P. 15:

Petition for Review.

See FED R. APP. P. 16 and 17 as to the composition and time for the filing of the record.  If the agency intends to file a certified list in lieu of the administrative record, it is *required* to be filed electronically.  Paper filings will not be accepted.

Counsel who desire to appear in this case must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see FED R. APP. P. and 5TH CIR. R. 12.  The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov.  If you fail to electronically file the form, we will remove your name from our docket.  Also, we cannot release official records on appeal unless an appearance has been entered.

**Attention Attorneys:**  Attorneys are required to be a member of the Fifth Circuit Bar and to register for Electronic Case Filing.  The "Application and Oath for Admission" form can be printed or downloaded from the Fifth Circuit's website, www.ca5.uscourts.gov.

Information on Electronic Case Filing is available at www.ca5.uscourts.gov/cmecf/.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Sabrina B. Short, Deputy Clerk
          504-310-7817

Enclosure(s)

cc w/encl:
    Ms. Priscilla M. Hubenak