IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Case No. 16-60670 |
| | ) | |
| UNITED STATES ENVIRONMENTAL | ) | |
| PROTECTION AGENCY and GINA | ) | |
| MCCARTHY, Administrator, U.S. EPA, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## NOTICE OF FILING OF CERTIFIED INDEX
## TO ADMINISTRATIVE RECORD

Respondents, the United States Environmental Protection Agency and Gina

McCarthy, Administrator, hereby submit the certified index of the administrative

record prepared in connection with the above-captioned petition for review.

DATED:  November 21, 2016

Respectfully submitted,

JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources
Division

/s/ *Chloe H. Kolman*
CHLOE H. KOLMAN
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044

Telephone: (202) 514-9277
Email: chloe.kolman@usdoj.gov

*Counsel for Respondents*

*Of Counsel*:

Stephanie Hogan
Abi Vijayan
Office of General Counsel
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C.  20460

Lynde Schoellkopf
Office of Regional Counsel
U.S. Environmental Protection Agency, Region 6
1445 Ross Avenue, Suite 1200
Dallas, TX  75202

## CERTIFICATION FOR ECF PLEADING

Pursuant to ECF Filing Standards Section A(6), I hereby certify that all required privacy redactions have been made; that no hard copies are required to be submitted to the clerk's office so Section A(6)(2) is not relevant; and that the ECF submission was scanned for viruses with Microsoft's Forefront Client Security, which is updated daily, and, according to the program, is free of viruses.


DATED:  November 21, 2016          /s/ *Chloe H. Kolman*_____
                                   CHLOE H. KOLMAN
                                   U.S. Department of Justice
                                   Environmental Defense Section
                                   P.O. Box 7611
                                   Washington, D.C. 20044
                                   Telephone: (202) 514-9277
                                   Email: chloe.kolman@usdoj.gov

                                   *Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2016, I electronically filed the foregoing Notice of Filing of Certified Index to Administrative Record with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ *Chloe H. Kolman*_____
CHLOE H. KOLMAN



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 6
1445 ROSS AVENUE, SUITE 1200
DALLAS TX 75202-2733

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

STATE OF TEXAS et. al.,　　　　)
Petitioner　　　　　　　　　　)
　　　　　　　　　　　　　　)　　Case No. 16-60670
v.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　)
UNITED STATES　　　　　　　)　　CERTIFIED INDEX
ENVIRONMENTAL PROTECTION )　　TO ADMINISTRATIVE RECORD
AGENCY and GINA MCCARTHY, )
Administrator, U.S. EPA,　　　　)
Respondents.　　　　　　　　　)

As Director of the Multimedia Division for the United States Environmental

Protection Agency, Region 6, I hereby certify to the best of my knowledge and

belief that the attached index constitutes the Certified Index to the Administrative

Record forming the basis for EPA's Final Rule entitled "Approval and

Promulgation of Air Quality Implementation Plans; Texas; Interstate Transport of

Air Pollution for the 2008 Ozone National Ambient Air Quality Standards,"

published at 81 Fed. Reg. 53,284 (Aug. 12, 2016).

Wren Stenger
Director, Multimedia Division, EPA Region 6

Date: November 15, 2016

NO. 16-60670

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

STATE OF TEXAS and TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,
Petitioners,
v.
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,
Respondent.

Final Disapproval of the Clean Air Act 110(a)(2)(D)(i)(I) portion of Texas's Infrastructure and Interstate Transport State Implementation Plan for the 2008 Ozone National Ambient Air Quality Standards

EPA Certified Administrative Record Index

| Rulemaking Documents | | | | | |
|---|---|---|---|---|---|
| **EPA Doc. #** | **DATE** | **TITLE** | **DOCUMENT TYPE** | **AUTHOR** | **RECIPIENT** |
| 1 [EPA-R06-OAR-2012-0985-0007] | 08-12-2016 | Approval and Promulgation of Air Quality Implementation Plans; Texas; Interstate Transport of Air Pollution for the 2008 Ozone National Ambient Air Quality Standards; Final Rule; 81 Fed. Reg. 53284 | Final Rule, Federal Register | EPA, Region 6 | |

| | | | | | |
|---|---|---|---|---|---|
| | | (August 12, 2016) [Docket No. EPA-R06-OAR-2012-0985] | | | |
| 2 [EPA-R06-OAR-2012-0985-0001] | 04-11-2016 | Approval and Promulgation of Air Quality Implementation Plans; Texas; Interstate Transport of Air Pollution for the 2008 Ozone National Ambient Air Quality Standards; Proposal Rule; 81 Fed. Reg. 21290 (April 11, 2016) [Docket No. EPA-R06-OAR-2012-0985] | Proposed Rule, Federal Register | EPA, Region 6 | |

## Submittal Package

| EPA Doc. # | DATE | TITLE | DOCUMENT TYPE | AUTHOR | RECIPIENT |
|---|---|---|---|---|---|
| 3 [EPA-R06-OAR-2012-0985-0002] | 12-13-2012 | Texas Infrastructure and Transport SIP Submittal for the 2008 Ozone National Ambient Air Quality Standard (NAAQS), Texas Project No. 2012-004-SIP-NR, submitted to EPA December 13, 2012 (TX-339, SIP) [EPA-R06-OAR-2012-0985] | Document | Texas Commission on Environmental Quality (TCEQ) | Richard E. Greene, Regional Administrator, EPA, Region 6 |

## Public Comment Letters

| EPA Doc. # | DATE | TITLE | DOCUMENT TYPE | AUTHOR | RECIPIENT |
|---|---|---|---|---|---|
| 4 EPA-R06-OAR-2012-0985-0005 | 05-11-2016 | TCEQ cover letter and comment letter to EPA – EPA Docket Center, Air and Radiation Docket; Re: Docket ID No. EPA- | Public comment letter document | Richard A. Hyde, P.E., Executive | EPA |

| | | R06-0AR-2012-0985 (May 11, 2016); Comments by the Texas Commission on Environmental Quality Regarding Disapproval of Air Quality Implementation Plans: Interstate Transport of Air Pollution for the 2008 Ozone National Ambient Air Quality Standards | | Director, TCEQ | |
|---|---|---|---|---|---|
| 5 EPA-R06-OAR-2012-0985-0006 | 04-11-2016 | Luminant comment letter to Ron Curry, EPA Region 6 Regional Administrator; Re: Comments of Luminant on the Disapproval of Texas's SIP Regarding Implementation of the 2008 Ozone NAAQS – Docket ID No. EPA-R06-OAR-2012-0985; 81 Fed. Reg. 21290 (April 11, 2016) | Public comment letter document | Stephanie Zapata Moore, General Counsel, Luminant | Ron Curry, EPA Region 6 Regional Administrator |
| 6 EPA-R06-OAR-2012-0985-0004 | 04-27-2016 | Comment letter from public citizen Nicholas Porter; Comment: EPA-R06-OAR-2012-0985-0001; Re: Air Quality State Implementation Plans; Approval and Promulgation; Texas; Interstate Transport of Air Pollution for the 2008 Ozone National Ambient Air Quality Standards; Proposed Rule. | Public comment letter document | Nicholas Porter, public citizen | EPA |

| | | **Supporting Documentation** | | | |
|---|---|---|---|---|---|
| **EPA Doc. #** | **DATE** | **TITLE** | **DOCUMENT TYPE** | **AUTHOR** | **RECIPIENT** |
| 7 [EPA-HQ-OAR-2015-0500-0001] | 08-04-2015 | Notice of Availability of the Environmental Protection Agency's Updated Ozone Transport Modeling Data for the 2008 Ozone National Ambient Air Quality Standard (NAAQS); 80 Fed. Reg. 46271 (August 4, 2015) [Docket No. EPA-HQ-OAR-2015-0500] | Notice of Data Availability, Federal Register | EPA, HQ | |
| 8 [EPA-HQ-OAR-2015-0500-0007] | 08-04-2015 | Notice of Availability of the Environmental Protection Agency's Updated Ozone Transport Modeling Data for the 2008 Ozone National Ambient Air Quality Standard (NAAQS); 2017 Ozone Contributions (Excel Spreadsheet); Cross-State Air Pollution Rule Update for the 2008 Ozone NAAQS; 80 Fed. Reg. 46271 (August 4, 2015) [Docket No. EPA-HQ-OAR-2015-0500] | Document, Excel Spreadsheet | EPA, HQ | |
| 9 [EPA-HQ-OAR-2015-0500-0008] | 08-04-2015 | Notice of Availability of the Environmental Protection Agency's Updated Ozone Transport Modeling Data for the 2008 Ozone National Ambient Air Quality Standard (NAAQS); Notice of Availability of the Environmental Protection Agency's Updated Ozone Transport Modeling Data for the 2008 Ozone National Ambient Air Quality Standard (NAAQS); Notice of Data | Federal Register , data emissions files document | EPA, HQ | |

| | | Availability (NODA): Details about Provided Emissions Data Files; 80 Fed. Reg. 46271 (August 4, 2015) [Docket No. EPA-HQ-OAR-2015-0500] | | | |
|---|---|---|---|---|---|
| 10 [EPA-HQ-OAR-2015-0500-0067] | 12-03-2015 | Cross-State Air Pollution Rule Update for the 2008 Ozone NAAQS; 80 Fed. Reg. 75706 (December 3, 2015) [Docket No. EPA-HQ-OAR-2015-0500] | Proposed Rule, Federal Register | EPA, HQ | |
| 11 [EPA-HQ-OAR-2015-0500-0075] | 12-03-2015 | Cross-State Air Pollution Rule Update for the 2008 Ozone NAAQS; Air Quality Modeling Technical Support Document (TSD) for the 2008 Ozone NAAQS; 80 Fed. Reg. 75706 (December 3, 2015) [Docket No. EPA-HQ-OAR-2015-0500] | Proposed Rule, TSD document, Federal Register | EPA, HQ | |
| 12 [EPA-HQ-OAR-2015-0500-0186] | 12-03-2015 | Cross-State Air Pollution Rule Update for the 2008 Ozone NAAQS; Ozone Transport Policy Analysis TSD; 80 Fed. Reg. 75706 (December 3, 2015) [Docket No. EPA-HQ-OAR-2015-0500] | Proposed Rule, TSD document, Federal Register | EPA, HQ | |
| 13 EPA-HQ-OAR-2009-0491 | 08-8-2011 | Federal Implementation Plans: Interstate Transport of Fine Particulate Matter and Ozone and Correction of SIP Approvals; Final Rule; 76 Fed. Reg. 48208, 48238 (August 8, 2011) | Final Rule, Federal Register | EPA, HQ | |

| EPA Doc. # | DATE | TITLE | DOCUMENT TYPE | AUTHOR | RECIPIENT |
|---|---|---|---|---|---|
| | | **Guidance Authored by EPA** | | | |
| 14 [Docket No. EPA-R06-OAR-2012-0985] | 01-222015 | EPA Guidance Document "Information on the Interstate Transport "Good Neighbor" Provision for the 2008 Ozone National Ambient Air Quality Standards (NAAQS) under Clean Air Act (CAA) Section 110(a)(2)(D)(i)(I)" | Guidance Document | EPA | EPA Regional Air Division Directors |
| 15 [Docket No. EPA-R06-OAR-2012-0985] | | EPA Guidance Document "Implementing the 2015 Ozone National Ambient Air Quality Standards," from Janet G. McCabe, Acting Assistant Administrator for the Office of Air and Radiation to Regional Administrators, Regions 1-10 | Final Rule, Federal Register, Guidance document | EPA, HQ | EPA Regional Administrators |

| EPA Doc. # | DATE | TITLE | DOCUMENT TYPE | AUTHOR | RECIPIENT |
|---|---|---|---|---|---|
| | | **Other Documents, Data, and Information** | | | |
| 16 Docket ID No. EPA-R08-OAR-2012-0350 | 05-20-2013 | Air Quality State Implementation Plans; Approvals and Promulgations: Utah; Interstate Transport of Pollution for the 2006 PM2.5 NAAQS; Proposed Rule; 78 Fed. Reg. 29314 (May 20, 2013) | Proposed Rule, Federal Register | EPA | |

| | | | | | |
|---|---|---|---|---|---|
| 17<br>Docket ID No.<br>EPA-R08-OAR-<br>2012-0350 | 08-09-2013 | Air Quality State Implementation Plans;<br>Approvals and Promulgations: Utah;<br>Interstate Transport of Pollution for the 2006<br>PM2.5 NAAQS; Final Rule; 78 Fed. Reg.<br>48615 (August 9, 2013); | Final Rule, Federal<br>Register | EPA | |
| 18<br>Docket ID No.<br>EPA-R09-OAR-<br>2011-0046 | | Approval and Promulgation of<br>Implementation Plans; State of California;<br>Interstate Transport of Pollution; Significant<br>Contribution to Nonattainment and<br>Interference With Maintenance<br>Requirements; Proposed Rule; 76 Fed. Reg.<br>14616 (March 17, 2011) | Proposed Rule,<br>Federal Register | EPA | |
| 19<br>Docket ID No.<br>EPA-R09-OAR-<br>2011-0046 | | Approval and Promulgation of<br>Implementation Plans; State of California;<br>Interstate Transport of Pollution; Significant<br>Contribution to Nonattainment and<br>Interference With Maintenance<br>Requirements; Final Rule; 76 Fed. Reg.<br>34872 (June 15, 2011) | Final Rule, Federal<br>Register | EPA | |
| 20<br>Docket ID No.<br>EPA-R08-OAR-<br>2012-0346 | | Approval and Promulgation of State<br>Implementation Plans; State of Colorado;<br>Interstate Transport of Pollution for the 2006<br>24-Hour PM2.5 NAAQS; Proposed Rule; 80<br>Fed. Reg. 27121, 27124-27125 (May 12,<br>2015) | Proposed Rule,<br>Federal Register | EPA | |
| 21<br>Docket ID No.<br>EPA-R08-OAR-<br>2012-0346 | | Approval and Promulgation of State<br>Implementation Plans; State of Colorado;<br>Interstate Transport of Pollution for the 2006<br>24-Hour PM2.5 NAAQS; Final Rule; 80 Fed<br>Reg. 47862 (August 10, 2015) | Final Rule, Federal<br>Register | EPA | |