## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 21, 2016

Ms. Priscilla M. Hubenak
Office of the Attorney General
Environmental Protection & Administrative Law Division
P.O. Box 12548 (MC 066)
Austin, TX 78711-2548

Mr. Craig James Pritzlaff
Office of the Attorney General of Texas
Environmental Protection Division
P.O. Box 12548
Mail Code 066
Austin, TX 78711-2548

    No. 16-60670    State of Texas, et al v. EPA, et al
                           Agency No. 81 Fed. Reg. 53,284

Dear Ms. Hubenak, Mr. Pritzlaff,

We have filed the certified list. PETITIONER'S BRIEF AND EXCERPTS ARE DUE WITHIN 40 DAYS FROM THE DATE ABOVE, See Fed R. App. P. and 5th Cir. R. 28, 30 and 31. Except in the most extraordinary circumstances, the maximum extension for filing briefs is 40 days in agency cases. See also 5th Cir. R. 30.1.2 and 5th Cir. R. 31.1 to determine if you have to file electronic copies of the brief and record excerpts, and the Portable Document Format (PDF) you MUST use. See also 5th Cir. R. 30.1 for the contents of the Record Excerpts which are filed instead of an appendix. You may access our briefing checklist on the Fifth Circuit's website "www.ca5.uscourts.gov/clerk/docs/brchecklist.pdf". An intervenor's time is governed by 5th Cir. R. 31.2. 5th Cir. R. 42.3.2 allows the clerk to dismiss appeals **without notice** if the brief is not filed on time.

**The caption for this appeal is attached, and we ask you to use it on any briefs filed with this court.**

Because this case is proceeding on a certified list of documents instead of the record, see 5th Cir. R. 30.2. Petitioner must obtain a copy of the portions of the record relied upon by the parties in their briefs, and file them within 21 days from the date of filing of respondent's brief, with suitable covers, numbering and indexing.

**New Guidance Regarding Citations for Administrative Records**

The court has approved an amendment to 5TH CIR. R. 28.2.2 granting the Clerk the authority to create a standard format for citation to the electronic administrative record. You must use the new citation format when citing to the electronic administrative record.

Within the electronic record, the record citation cited at the bottom left hand side of the page is the proper citation to be used.

An example of a proper record citation format is, "ROA" followed by a period, followed by the page number. For example, "ROA.123".

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Cindy M. Broadhead, Deputy Clerk
                           504-310-7707

Enclosure(s)

cc w/encl:
    Ms. Amy J. Dona
    Mr. Avi S. Garbow
    Ms. Chloe H. Kolman
    Ms. Gina McCarthy

Case No. 16-60670

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,

    Petitioners

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; GINA MCCARTHY, in her official capacity as Administrator of the United States Environmental Protection Agency,

    Respondents