

## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

December 15, 2016

Mr. Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, Louisiana 70130-3408

    Re:    Unopposed Request for Level 1 (30-day) Extension of Time to File Opening Brief
            Case No. 16-60670
            *State of Texas et al. v. United States Environmental Protection Agency, et al.*

Dear Mr. Cayce:

    Pursuant to Federal Rule of Appellate Procedure 26(b), 27, and 31.4, and Fifth Circuit Rule 26.2, 27.1, and 31.4, Petitioners the State of Texas and the Texas Commission on Environmental Quality respectfully request that the Court extend the deadline to file their opening brief by 30 days, setting a new deadline of February 2, 2017. This is a Level 1 Extension Request under Fifth Circuit Rule 31.4.3.1. The parties have agreed to the requested extension, and no previous extensions have been requested by the parties or granted by the Court in this case.

    The request for extension of time is made for good cause and in the interest of justice, not for delay. The parties are currently discussing supplementing the content of the administrative record. Some of the items being discussed for supplementation are technical and voluminous and require consultation with agency representatives. The extension of time is needed to permit the parties an opportunity to complete their review next week and to resolve all or as many of their differences as possible, possibly avoiding having to take the matter to the Court for resolution, or at least limiting those issues on which there remain disagreement.

    Thank you for your attention to this matter.

                                        Sincerely,

                                        */s/ Craig J. Pritzlaff*
                                        CRAIG J. PRITZLAFF
                                        Assistant Attorney General
                                        Office of the Attorney General of Texas
                                        Environmental Protection Division
                                        craig.pritzlaff@oag.texas.gov
                                        Tel: (512) 463-2012

                                        Counsel for the State of Texas and Texas Commission on Environmental Quality

**Certificate of Conference**

I certify that on December 14, 2016, I conferred with counsel for the Respondents, who indicated that this request is unopposed.

**Certificate of Service**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. On December 15, 2016, this letter was served electronically through the Court's CM/ECF system on all registered counsel.

/s/ Craig J. Pritzlaff
CRAIG J. PRITZLAFF