IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS, et al., ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Case No. 16-60670 |
| ) | |
| UNITED STATES ENVIRONMENTAL ) | |
| PROTECTION AGENCY and GINA ) | |
| MCCARTHY, Administrator, U.S. EPA, ) | |
| ) | |
| Respondents. ) | |
| _____) | |

**NOTICE OF FILING OF CORRECTED CERTIFIED INDEX
TO ADMINISTRATIVE RECORD**

Respondents, the United States Environmental Protection Agency and Gina McCarthy, Administrator, hereby submit the corrected certified index of the administrative record prepared in connection with the above-captioned petition for review. The index originally filed on November 21, 2016, inadvertently left out a document that is included in this corrected certified index. In addition, a footnote has been added to the corrected index to clarify that the record includes certain materials referenced in Texas's SIP Submittal.

DATED:  January 5, 2017           Respectfully submitted,

                                  JOHN C. CRUDEN
                                  Assistant Attorney General
                                  Environment & Natural Resources
                                  Division

/s/ Amy J. Dona
AMY J. DONA
U.S. Department of Justice
Environmental Defense Section

Tel: (202) 514-0223
Email: amy.dona@usdoj.gov

*Counsel for Respondents*

*Of Counsel*:

Stephanie Hogan
Abi Vijayan
Office of General Counsel
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

Lynde Schoellkopf
Office of Regional Counsel
U.S. Environmental Protection Agency, Region 6
1445 Ross Avenue, Suite 1200
Dallas, TX 75202

## CERTIFICATION FOR ECF PLEADING

Pursuant to ECF Filing Standards Section A(6), I hereby certify that all required privacy redactions have been made; that no hard copies are required to be submitted to the clerk's office so Section A(6)(2) is not relevant; and that the ECF submission was scanned for viruses with Microsoft's Forefront Client Security, which is updated daily, and, according to the program, is free of viruses.

DATED:   January 5, 2017                              Respectfully submitted,

                                                     /s/ *Amy J. Dona*
                                                     AMY J. DONA
                                                     U.S. Department of Justice
                                                     Environmental Defense Section
                                                     Tel: (202) 514-0223
                                                     Email: amy.dona@usdoj.gov


                                                     *Counsel for Respondents*



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 6
1445 ROSS AVENUE, SUITE 1200
DALLAS TX 75202-2733

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS, et al., | ) |
| Petitioners, | ) ) ) |
| v. | ) ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and GINA MCCARTHY, Administrator, U.S. EPA, | ) ) ) ) ) |
| Respondents. | ) ) |

No. 16-60670

## CORRECTED CERTIFIED INDEX TO ADMINISTRATIVE RECORD

As Director for the Multimedia Division for the United States Environmental Protection Agency, Region 6, I hereby certify to the best of my knowledge and belief that the materials listed on the attached corrected index constitute the complete administrative record in support of EPA's Final Rule entitled "Approval and Promulgation of Air Quality Implementation Plans; Texas; Interstate Transport of Air Pollution for the 2008 Ozone National Ambient Air Quality Standards," published at 81 Fed. Reg. 53284 (Aug. 12, 2016).

This corrected index includes the following entry which was inadvertently left out of the original index: EPA's Letter of December 20, 2012 Pertaining to the

Administrative Completeness of the State of Texas' SIP Submittal Revision titled "Infrastructure Demonstration and Transport Plan for Ozone." In addition, this corrected index includes a footnote to clarify that the record includes certain materials referenced in Texas's SIP Submittal.

Wren Stenger
Director, Multimedia Division
U.S. EPA, Region 6

Dated: 1/4/17

# NO. 16-60670

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

**STATE OF TEXAS and TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,**
Petitioners,
v.
**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**
Respondent.

Final Disapproval of the Clean Air Act 110(a)(2)(D)(i)(I) portion of Texas's Infrastructure and Interstate Transport State Implementation Plan for the 2008 Ozone National Ambient Air Quality Standards

## CORRECTED CERTIFIED INDEX TO ADMINISTRATIVE RECORD

| Rulemaking Documents | | | | | |
|---|---|---|---|---|---|
| **EPA Doc. #** | **DATE** | **TITLE** | **DOCUMENT TYPE** | **AUTHOR** | **RECIPIENT** |
| 1 [EPA-R06-OAR-2012-0985-0007] | 08-12-2016 | Approval and Promulgation of Air Quality Implementation Plans; Texas; Interstate Transport of Air Pollution for the 2008 Ozone National Ambient Air Quality Standards; Final Rule; 81 Fed. Reg. 53284 (August 12, 2016) [Docket No. EPA-R06-OAR-2012-0985] | Final Rule, Federal Register | EPA, Region 6 | |
| 2 [EPA-R06-OAR-2012-0985-0001] | 04-11-2016 | Approval and Promulgation of Air Quality Implementation Plans; Texas; Interstate Transport of Air Pollution for the 2008 Ozone National Ambient Air Quality Standards; Proposal Rule; 81 Fed. Reg. 21290 (April 11, 2016) [Docket No. EPA-R06-OAR-2012-0985] | Proposed Rule, Federal Register | EPA, Region 6 | |

| **Submittal Package**[1] | | | | | |
|---|---|---|---|---|---|
| **EPA Doc. #** | **DATE** | **TITLE** | **DOCUMENT TYPE** | **AUTHOR** | **RECIPIENT** |
| 3 [EPA-R06-OAR-2012-0985-0002] | 12-13-2012 | Texas Infrastructure and Transport SIP Submittal for the 2008 Ozone National Ambient Air Quality Standard (NAAQS), Texas Project No. 2012-004-SIP-NR, submitted to EPA December 13, 2012 (TX-339, SIP) [EPA-R06-OAR-2012-0985] | Document | Texas Commission on Environmental Quality (TCEQ) | Richard E. Greene, Regional Administrator, EPA, Region 6 |

| **Public Comment Letters** | | | | | |
|---|---|---|---|---|---|
| **EPA Doc. #** | **DATE** | **TITLE** | **DOCUMENT TYPE** | **AUTHOR** | **RECIPIENT** |
| 4 [EPA-R06-OAR-2012-0985-0005] | 05-11-2016 | TCEQ cover letter and comment letter to EPA – EPA Docket Center, Air and Radiation Docket; Re: Docket ID No. EPA-R06-0AR-2012-0985 (May 11, 2016); Comments by the Texas Commission on Environmental Quality Regarding Disapproval of Air Quality Implementation Plans: Interstate Transport of Air Pollution for the 2008 Ozone National Ambient Air Quality Standards | Public comment letter document | Richard A. Hyde, P.E., Executive Director, TCEQ | EPA |
| 5 [EPA-R06-OAR-2012-0985-0006] | 04-11-2016 | Luminant comment letter to Ron Curry, EPA Region 6 Regional Administrator; Re: Comments of Luminant on the Disapproval of Texas's SIP Regarding Implementation of the 2008 Ozone NAAQS – Docket ID No. EPA-R06-OAR-2012-0985; 81 Fed. Reg. 21290 (April 11, 2016) | Public comment letter document | Stephanie Zapata Moore, General Counsel, Luminant | Ron Curry, EPA Region 6 Regional Administrator |

---

[1] The record also includes documents referenced in the Section 2.2.1.3 of the State of Texas' SIP Submittal Package, including the following: (1) Houston/Galveston/Brazoria (HGB) Attainment Demonstration SIP Revision for the 1997 Eight-Hour Ozone Standard, Appendix C: Photochemical Modeling for the HGB Attainment Demonstration SIP (adopted by the State on March, 10, 2010) (link at http://www.tceq.texas.gov/assets/public/implementation/air/sip/hgb/hgb_sip_2009/09017SIP_ado_Appendix_C.pdf); and (2) Dallas-Fort Worth (DFW) Attainment Demonstration State Implementation Plan Revision for the 1997 Eight-Hour Ozone Standard, Appendix D: Conceptual Modeling for the DFW Attainment Demonstration SIP Revisions for the 1997 Eight-Hour Ozone Standard (adopted by the State on December 7, 2011) (link http://www.tceq.texas.gov/assets/public/implementation/air/sip/dfw/dfw_ad_sip_2015/AD/Adoption/DFW_SIP_Appendix_D_060315.pdf).

| 6 [EPA-R06-OAR-2012-0985-0004] | 04-27-2016 | Comment letter from public citizen Nicholas Porter; Comment: EPA-R06-OAR-2012-0985-0001; Re: Air Quality State Implementation Plans; Approval and Promulgation; Texas; Interstate Transport of Air Pollution for the 2008 Ozone National Ambient Air Quality Standards; Proposed Rule. | Public comment letter document | Nicholas Porter, public citizen | EPA |

| | | **Supporting Documentation** | | | |
|---|---|---|---|---|---|
| **EPA Doc. #** | **DATE** | **TITLE** | **DOCUMENT TYPE** | **AUTHOR** | **RECIPIENT** |
| 7 [EPA-HQ-OAR-2015-0500-0001] | 08-04-2015 | Notice of Availability of the Environmental Protection Agency's Updated Ozone Transport Modeling Data for the 2008 Ozone National Ambient Air Quality Standard (NAAQS); 80 Fed. Reg. 46271 (August 4, 2015) [Docket No. EPA-HQ-OAR-2015-0500] | Notice of Data Availability, Federal Register | EPA, HQ | |
| 8 [EPA-HQ-OAR-2015-0500-0007] | 08-04-2015 | Notice of Availability of the Environmental Protection Agency's Updated Ozone Transport Modeling Data for the 2008 Ozone National Ambient Air Quality Standard (NAAQS); 2017 Ozone Contributions (Excel Spreadsheet); Cross-State Air Pollution Rule Update for the 2008 Ozone NAAQS; 80 Fed. Reg. 46271 (August 4, 2015) [Docket No. EPA-HQ-OAR-2015-0500] | Document, Excel Spreadsheet | EPA, HQ | |
| 9 [EPA-HQ-OAR-2015-0500-0008] | 08-04-2015 | Notice of Availability of the Environmental Protection Agency's Updated Ozone Transport Modeling Data for the 2008 Ozone National Ambient Air Quality Standard (NAAQS); Notice of Availability of the Environmental Protection Agency's Updated Ozone Transport Modeling Data for the 2008 Ozone National Ambient Air Quality Standard (NAAQS); Notice of Data Availability (NODA): Details about Provided Emissions Data Files; 80 Fed. Reg. 46271 (August 4, 2015) [Docket No. EPA-HQ-OAR-2015-0500] | Federal Register, data emissions files document | EPA, HQ | |
| 10 [EPA-HQ-OAR-2015-0500-0067] | 12-03-2015 | Cross-State Air Pollution Rule Update for the 2008 Ozone NAAQS; 80 Fed. Reg. 75706 (December 3, 2015) [Docket No. EPA-HQ-OAR-2015-0500] | Proposed Rule, Federal Register | EPA, HQ | |
| 11 [EPA-HQ-OAR-2015-0500-0075] | 12-03-2015 | Cross-State Air Pollution Rule Update for the 2008 Ozone NAAQS; Air Quality Modeling Technical Support Document (TSD) for the 2008 Ozone NAAQS; 80 Fed. Reg. 75706 (December 3, 2015) [Docket No. EPA-HQ-OAR-2015-0500] | Proposed Rule, TSD document, Federal Register | EPA, HQ | |
| 12 [EPA-HQ-OAR-2015- | 12-03-2015 | Cross-State Air Pollution Rule Update for the 2008 Ozone NAAQS; Ozone Transport Policy Analysis TSD; 80 Fed. | Proposed Rule, TSD document, Federal Register | EPA, HQ | |

| | | | | | |
|---|---|---|---|---|---|
| 0500-0186] | | Reg. 75706 (December 3, 2015) [Docket No. EPA-HQ-OAR-2015-0500] | | | |
| 13 [EPA-HQ-OAR-2009-0491] | 08-8-2011 | Federal Implementation Plans: Interstate Transport of Fine Particulate Matter and Ozone and Correction of SIP Approvals; Final Rule; 76 Fed. Reg. 48208, 48238 (August 8, 2011) | Final Rule, Federal Register | EPA, HQ | |
| 14 [EPA-R06-OAR-2012-0985-0009] | 12-20-2012 | EPA letter of December 20, 2012 pertaining to completeness of the Texas SIP revision "Infrastructure Demonstration and Transport Plan for Ozone | Letter | EPA | TCEQ |

## Guidance Authored by EPA

| EPA Doc. # | DATE | TITLE | DOCUMENT TYPE | AUTHOR | RECIPIENT |
|---|---|---|---|---|---|
| 14 [Docket No. EPA-R06-OAR-2012-0985] | 01-22-2015 | EPA Guidance Document "Information on the Interstate Transport "Good Neighbor" Provision for the 2008 Ozone National Ambient Air Quality Standards (NAAQS) under Clean Air Act (CAA) Section 110(a)(2)(D)(i)(I)" | Guidance Document | EPA | EPA Regional Air Division Directors |
| 15 [Docket No. EPA-R06-OAR-2012-0985] | | EPA Guidance Document "Implementing the 2015 Ozone National Ambient Air Quality Standards," from Janet G. McCabe, Acting Assistant Administrator for the Office of Air and Radiation to Regional Administrators, Regions 1-10 | Final Rule, Federal Register, Guidance document | EPA, HQ | EPA Regional Administrators |

## Other Documents, Data, and Information

| EPA Doc. # | DATE | TITLE | DOCUMENT TYPE | AUTHOR | RECIPIENT |
|---|---|---|---|---|---|
| 16 Docket ID No. EPA-R08-OAR-2012-0350 | 05-20-2013 | Air Quality State Implementation Plans; Approvals and Promulgations: Utah; Interstate Transport of Pollution for the 2006 PM2.5 NAAQS; Proposed Rule; 78 Fed. Reg. 29314 (May 20, 2013) | Proposed Rule, Federal Register | EPA | |
| 17 Docket ID No. EPA-R08-OAR-2012-0350 | 08-09-2013 | Air Quality State Implementation Plans; Approvals and Promulgations: Utah; Interstate Transport of Pollution for the 2006 PM2.5 NAAQS; Final Rule; 78 Fed. Reg. 48615 (August 9, 2013); | Final Rule, Federal Register | EPA | |
| 18 Docket ID No. EPA-R09-OAR-2011-0046 | | Approval and Promulgation of Implementation Plans; State of California; Interstate Transport of Pollution; Significant Contribution to Nonattainment and Interference With Maintenance Requirements; Proposed Rule; 76 Fed. Reg. 14616 (March 17, 2011) | Proposed Rule, Federal Register | EPA | |
| 19 Docket ID No. EPA-R09-OAR-2011-0046 | | Approval and Promulgation of Implementation Plans; State of California; Interstate Transport of Pollution; Significant Contribution to Nonattainment and Interference With Maintenance Requirements; Final Rule; 76 Fed. Reg. 34872 (June 15, 2011) | Final Rule, Federal Register | EPA | |
| 20 Docket ID No. EPA- | | Approval and Promulgation of State Implementation Plans; State of Colorado; Interstate Transport of Pollution for the 2006 24-Hour PM2.5 NAAQS; Proposed | Proposed Rule, Federal Register | EPA | |

| | | | | | |
|---|---|---|---|---|---|
| R08-OAR-2012-0346 | | Rule; 80 Fed. Reg. 27121, 27124-27125 (May 12, 2015) | | | |
| 21 Docket ID No. EPA-R08-OAR-2012-0346 | | Approval and Promulgation of State Implementation Plans; State of Colorado; Interstate Transport of Pollution for the 2006 24-Hour PM2.5 NAAQS; Final Rule; 80 Fed Reg. 47862 (August 10, 2015) | Final Rule, Federal Register | EPA | |