

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

January 18, 2017

Mr. Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, Louisiana 70130-3408

    Re:    Second Unopposed Request for Level 1 (15-day) Extension of Time to File Opening Brief; Case No. 16-60670
           *State of Texas, et al. v. United States Environmental Protection Agency, et al.*

Dear Mr. Cayce:

    Pursuant to Federal Rule of Appellate Procedure 26(b), 27, and 31.4, and Fifth Circuit Rule 26.2, 27.1, and 31.4, Petitioners the State of Texas and the Texas Commission on Environmental Quality respectfully request that the Court extend the deadline to file their opening brief by an additional 15 days, setting a new deadline of February 17, 2017. This is a Level 1 Extension Request under Fifth Circuit Rule 31.4.3.1. The parties have agreed to the requested extension. This is the second extension requested by the State in this case.

    The request for extension of time is made for good cause and in the interest of justice, not for delay. The State requested its first extension because the parties were discussing disagreements concerning the content of the administrative record. Those discussions continued into the new year, but the parties were able to work out their issues, and on January 5, 2017, the EPA filed a corrected certified index to the administrative record. The State requested a 30-day extension because it was not known how long, or if, the parties would be able to reach agreement on the record, and the 30-day extension did not take into account schedules of counsel. Counsel for the State has deadlines in several pending matters, the most pressing of which includes briefing due February 6 in a matter pending before the Texas Supreme Court, *State of Texas v. Morello*, Case No. 16-0457, and a CLE presentation on February 2. Furthermore, Mr. Pritzlaff carries a heavy case load in State and Federal court with several matters ongoing with deadlines this month that will preclude preparation of the initial brief. The 15 day extension of time requested would allow counsel the time necessary to prepare the brief.

    Thank you for your attention to this matter.

                                           Sincerely,

                                           */s/ Craig J. Pritzlaff*
                                           CRAIG J. PRITZLAFF
                                           Assistant Attorney General
                                           Office of the Attorney General of Texas

        Environmental Protection Division
        craig.pritzlaff@oag.texas.gov
        Tel: (512) 463-2012

        Counsel for the State of Texas and Texas Commission on Environmental Quality

## Certificate of Conference

I certify that on January 18, 2017, I conferred with counsel for the Respondents, who indicated that this request is unopposed.

## Certificate of Service

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. On January 18, 2017, this letter was served electronically through the Court's CM/ECF system on all registered counsel.

        */s/ Craig J. Pritzlaff*
        CRAIG J. PRITZLAFF