# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

STATE OF TEXAS; TEXAS )
COMMISSION ON ENVIRONMENTAL )
QUALITY, )
    *Petitioners,* )
)
v. )
) Case No. 16-60670
UNITED STATES ENVIRONMENTAL )
PROTECTION AGENCY; GINA )
MCCARTHY, in her official capacity as )
Administrator of the United States )
Environmental Protection Agency, )
    *Respondents*. )

## SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE OPENING BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b) and 27, and Fifth Circuit Rule 26.2, 27.1, and 31.4, Petitioners the State of Texas and the Texas Commission on Environmental Quality respectfully request that the Court extend the deadline to file their opening brief by an additional 15 days, setting a new deadline of February 17, 2017. This is a Level 2 Extension Request under Fifth Circuit Rule 31.4.3.2. The parties have agreed to the requested extension. This is the second extension requested by the State in this case.

The request for extension of time is made for good cause and in the interest of justice, not for delay. The State requested its first extension of 30 days because the parties were discussing disagreements concerning the content of the

administrative record. Those discussions continued into the new year, but the parties were able to work out their issues, and on January 5, 2017, the EPA filed a corrected certified index to the administrative record. The State requested the 30-day extension because it was not known how long, or if, the parties would be able to reach agreement on the record, and the 30-day extension did not take into account schedules of counsel. Therefore, pursuant to Fifth Circuit Rule 31.4.2, the State requests an additional 15-day extension because of (1) the delays in reaching agreement on a revised certified index to the administrative record and (2) other litigation that counsel for the State is currently engaged in. Specifically, counsel for the State has deadlines in several pending matters, the most pressing of which includes briefing due February 6 in a matter pending before the Texas Supreme Court, *State of Texas v. Morello*, Case No. 16-0457, and a CLE presentation on February 2. Furthermore, Mr. Pritzlaff carries a heavy case load in state and federal court with several ongoing matters with deadlines this month that will preclude preparation of the initial brief. *See e.g. State of Texas v. EPA*, Case No. 16-1428, consolidated with *Wisconsin v. EPA*, Case No. 16-1406 (D.C. Cir.). The 15 day extension of time requested would allow counsel the time necessary to prepare the brief in this matter.

Dated: January 19, 2017

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

PRISCILLA M. HUBENAK
Chief, Environmental Protection Division
State Bar No. 10144690
priscilla.hubenak@oag.texas.gov

*/s/ Craig J. Pritzlaff*
CRAIG J. PRITZLAFF
Assistant Attorney General
State Bar No. 24046658
craig.pritzlaff@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ENVIRONMENTAL PROTECTION DIVISION
P.O. Box 12548, MC 066
Austin, Texas 78711-2548
Tel: (512) 463-2012
Fax: (512) 320-0911

**Counsel for the State of Texas and Texas Commission on Environmental Quality**

## CERTIFICATE OF CONFERENCE

I certify that on January 18, 2017, I conferred with counsel for the Respondents, who indicated that this request is unopposed.

## CERTIFICATE OF SERVICE

On January 19, 2017, the foregoing document was served electronically through the Court's CM/ECF system on all registered counsel.

*/s/ Craig J. Pritzlaff*
CRAIG J. PRITZLAFF
