# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 19, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 16-60670    State of Texas, et al v. EPA, et al
                      USDC No. 81 Fed. Reg. 53,284

The court has granted an extension of time to and including February 17, 2017 for filing petitioner's brief in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Lisa E. Ferrara, Deputy Clerk
                              504-310-7675

Ms. Amy J. Dona
Mr. Avi S. Garbow
Ms. Priscilla M. Hubenak
Ms. Chloe H. Kolman
Mr. Craig James Pritzlaff