# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 23, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 16-60670    State of Texas, et al v. EPA, et al
                       USDC No. 81 Fed. Reg. 53,284

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Cindy M. Broadhead, Deputy Clerk
                              504-310-7707

Ms. Amy J. Dona
Mr. Avi S. Garbow
Mr. Philip Stephen Gidiere III
Ms. Priscilla M. Hubenak
Ms. Chloe H. Kolman
Ms. Gina McCarthy
Mr. Craig James Pritzlaff