IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 16-60670

———————————

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,

    Petitioners

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; GINA MCCARTHY, in her official capacity as Administrator of the United States Environmental Protection Agency,

    Respondents

———————————

Petition for Review of an Order of the
Environmental Protection Agency

———————————

O R D E R :

    The unopposed motion of Luminant Generation Company, L.L.C., Big Brown Power Company, L.L.C., Luminant Mining Company, L.L.C., La Frontera Holdings, L.L.C., Oak Grove Management Company, L.L.C. and Sandow Power Company, L.L.C. for leave to intervene on behalf of petitioners is GRANTED.

                          /s/ E. Grady Jolly

                          _____
                          E. GRADY JOLLY
                          UNITED STATES CIRCUIT JUDGE