IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS, et al., ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Case No. 16-60670 |
| ) | |
| UNITED STATES ENVIRONMENTAL ) | |
| PROTECTION AGENCY and ) | |
| CATHERINE R. MCCABE, Acting ) | |
| Administrator, U.S. EPA,[1] ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

**NOTICE OF FILING OF SECOND CORRECTED CERTIFIED INDEX
TO ADMINISTRATIVE RECORD**

Respondents, the United States Environmental Protection Agency and Catherine R. McCabe, Acting Administrator, hereby submit the second corrected certified index of the administrative record prepared in connection with the above-captioned petition for review. As set forth in further detail in the attached certification, the attached index makes several typographical corrections to and adds a EPA memorandum that was inadvertently omitted from the corrected index filed on January 5, 2017.

---

[1] Catherine R. McCabe, Acting Administrator of U.S. EPA, has been automatically substituted for Gina McCarthy, former Administrator of U.S. EPA, pursuant to FRAP 43(c)(2).

DATED:   February 1, 2017

Respectfully submitted,

BRUCE S. GELBER
Deputy Assistant Attorney General
Environment & Natural Resources Division

/s/ Amy J. Dona
AMY J. DONA
U.S. Department of Justice
Environmental Defense Section

Tel: (202) 514-0223
Email: amy.dona@usdoj.gov

*Counsel for Respondents*

*Of Counsel*:

Stephanie Hogan
Abi Vijayan
Office of General Counsel
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

Lynde Schoellkopf
Office of Regional Counsel
U.S. Environmental Protection Agency, Region 6
1445 Ross Avenue, Suite 1200
Dallas, TX 75202

## CERTIFICATION FOR ECF PLEADING

Pursuant to ECF Filing Standards Section A(6), I hereby certify that all required privacy redactions have been made; that no hard copies are required to be submitted to the clerk's office so Section A(6)(2) is not relevant; and that the ECF submission was scanned for viruses with Microsoft's Forefront Client Security, which is updated daily, and, according to the program, is free of viruses.

DATED: February 1, 2017                    Respectfully submitted,

/s/ *Amy J. Dona*
AMY J. DONA
U.S. Department of Justice
Environmental Defense Section
Tel: (202) 514-0223
Email: amy.dona@usdoj.gov


*Counsel for Respondents*