

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

STATE OF TEXAS, et al.,       )
                              )
    Petitioners,          )
                              )
v.                            )
                              )
UNITED STATES ENVIRONMENTAL   )   No. 16-60670
PROTECTION AGENCY, and GINA   )
MCCARTHY, Administrator, U.S. EPA, )
                              )
    Respondents.          )
                              )

## CORRECTED CERTIFIED INDEX TO ADMINISTRATIVE RECORD

As Director for the Multimedia Division for the United States Environmental Protection Agency, Region 6, I hereby certify to the best of my knowledge and belief that the materials listed on the attached corrected index constitute the complete administrative record in support of EPA's Final Rule entitled "Approval and Promulgation of Air Quality Implementation Plans; Texas; Interstate Transport of Air Pollution for the 2008 Ozone National Ambient Air Quality Standards," published at 81 Fed. Reg. 53284 (Aug. 12, 2016).

This index includes corrections to the following entries: (1) Correction to Document ID No. EPA-HQ-OAR-2009-0491-4574 (Federal Implementation Plans:

Interstate Transport of Fine Particulate Matter and Ozone and Correction of SIP Approvals; Final Rule; 76 FR 48208, 48238 (August 8, 2011); (2) Correction to Document ID No. EPA-R08-OAR-2012-0350-0001 (Air Quality State Implementation Plans; Approvals and Promulgations: Utah; Interstate Transport of Pollution for the 2006 PM2.5 NAAQS; Proposed Rule; 78 FR 29314 (May 20, 2013); (3) Correction to Document ID No. EPA-R08-OAR-2012-0350-0008 (Air Quality State Implementation Plans; Approvals and Promulgations: Utah; Interstate Transport of Pollution for the 2006 PM2.5 NAAQS; Final Rule; 78 FR 48615 (August 9, 2013); (4) Correction to Document ID No. EPA-R09-OAR-2011-0046-0001 (Approval and Promulgation of Implementation Plans; State of California; Interstate Transport of Pollution; Significant Contribution to Nonattainment and Interference With Maintenance Requirements; Proposed Rule; 76 FR 14616 (March 17, 2011); (5) Correction to Document ID No. EPA-R09-OAR-2011-0046-0041 (Approval and Promulgation of Implementation Plans; State of California; Interstate Transport of Pollution; Significant Contribution to Nonattainment and Interference With Maintenance Requirements; Final Rule; 76 FR 34872 (June 15, 2011); (6) Correction to Document ID No. EPA-R08-OAR-2012-0346-0001 (Approval and Promulgation of State Implementation Plans; State of Colorado; Interstate Transport of Pollution for the 2006 24-Hour PM2.5

NAAQS; Proposed Rule; 80 FR 27121, 27124-27125 (May 12, 2015); (7) Correction to Document ID No. EPA-R08-OAR-2012-0346-0009 (Approval and Promulgation of State Implementation Plans; State of Colorado; Interstate Transport of Pollution for the 2006 24-Hour PM2.5 NAAQS; Final Rule; 80 FR 47862 (August 10, 2015); (8) Movement of Document ID No. EPA-R06-OAR-2012-0985-0009 (EPA letter of December 20, 2012 pertaining to administrative completeness of the Texas SIP revision "Infrastructure Demonstration and Transport Plan for Ozone,") from "Supporting Documentation" to "Other Documents, Data, and Information;" (9) Correction of Document ID No. EPA-R06-OAR-2012-0985-0011 (Memorandum from Stephen D. Page, Director, Office of Air Quality Planning and Standards to Regional Air Division Directors, Regions 1-10, "Information on the Interstate Transport "Good Neighbor" Provision for the 2008 Ozone National Ambient Air Quality Standards (NAAQS) under Clean Air Act (CAA) Section 110(a)(2)(D)(i)(I)" (January 22, 2015); (10) Addition and assignment of Document ID No. to EPA-R06-OAR-2012-0985-0010 (Memorandum from William T. Harnett to Regional Air Division Directors, Regions I-X, "Guidance on SIP Elements Required Under [CAA] Sections 110(a)(1) and (2) for the 2006 24-Hour Fine Particle (PM 2.5) National Ambient Air Quality Standards (NAAQS)" (September 25, 2009); (11) Correction of

3

Document ID No. EPA-R06-OAR-2012-0985-0008 (Memorandum from Janet G. McCabe, Acting Assistant Administrator for the Office of Air and Radiation to Regional Administrators, Regions 1-10, "Implementing the 2015 Ozone National Ambient Air Quality Standards" (October 1, 2015); (12) Revision to the index table titled "Guidance Authored by EPA" to "Memoranda Authored by EPA."

_____
Wren Stenger
Director, Multimedia Division
U.S. EPA, Region 6

Dated: 2/1/17

4

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

STATE OF TEXAS and TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY,
Petitioners,
v.
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,
Respondent.

Final Disapproval of the Clean Air Act 110(a)(2)(D)(i)(I) portion of
Texas's Infrastructure and Interstate Transport State Implementation
Plan for the 2008 Ozone National Ambient Air Quality Standards

## CORRECTED CERTIFIED INDEX TO ADMINISTRATIVE RECORD

| | Rulemaking Documents | | | | |
|---|---|---|---|---|---|
| EPA Document No. | DATE | TITLE | DOCUMENT TYPE | AUTHOR | RECIPIENT |
| 1 [EPA-R06-OAR-2012-0985-0007] | 08-12-2016 | Approval and Promulgation of Air Quality Implementation Plans; Texas; Interstate Transport of Air Pollution for the 2008 Ozone National Ambient Air Quality Standards; Final Rule; 81 FR 53284 (August 12, 2016) [general Docket No. EPA-R06-OAR-2012-0985] | Final Rule, Federal Register | EPA, Region 6 | |
| 2 [EPA-R06-OAR-2012-0985-0001] | 04-11-2016 | Approval and Promulgation of Air Quality Implementation Plans; Texas; Interstate Transport of Air Pollution for the 2008 Ozone National Ambient Air Quality Standards; Proposal Rule; 81 FR 21290 (April 11, 2016) [general Docket No. EPA-R06-OAR-2012-0985] | Proposed Rule, Federal Register | EPA, Region 6 | |

Case: 16-60670   Document: 38-2   Page: 6   Date Filed: 02/01/2017

## Submittal Package[1]

| EPA Document No. | DATE | TITLE | DOCUMENT TYPE | AUTHOR | RECIPIENT |
|---|---|---|---|---|---|
| 3 [EPA-R06-OAR-2012-0985-0002] | 12-13-2012 | Texas Infrastructure and Transport SIP Submittal for the 2008 Ozone National Ambient Air Quality Standard (NAAQS), Texas Project No. 2012-004-SIP-NR, submitted to EPA December 13, 2012 (TX-339, SIP) [general Docket No. EPA-R06-OAR-2012-0985] | Document | Texas Commission on Environmental Quality (TCEQ) | Richard E. Greene, Regional Administrator, EPA, Region 6 |

## Public Comment Letters

| EPA Document No. | DATE | TITLE | DOCUMENT TYPE | AUTHOR | RECIPIENT |
|---|---|---|---|---|---|
| 4 [EPA-R06-OAR-2012-0985-0005] | 05-11-2016 | TCEQ cover letter and comment letter to EPA – EPA Docket Center, Air and Radiation Docket; Re: Docket ID No. EPA-R06-0AR-2012-0985 (May 11, 2016); Comments by the Texas Commission on Environmental Quality Regarding Disapproval of Air Quality Implementation Plans: Interstate Transport of Air Pollution for the 2008 Ozone National Ambient Air Quality Standards | Public comment letter document | Richard A. Hyde, P.E., Executive Director, TCEQ | EPA |
| 5 [EPA-R06-OAR-2012-0985-0006] | 04-11-2016 | Luminant comment letter to Ron Curry, EPA Region 6 Regional Administrator; Re: Comments of Luminant on the Disapproval of Texas's SIP Regarding Implementation of the 2008 Ozone NAAQS – Docket ID No. EPA-R06-OAR-2012-0985; 81 Fed. Reg. 21290 (April 11, 2016) | Public comment letter document | Stephanie Zapata Moore, General Counsel, Luminant | Ron Curry, EPA Region 6 Regional Administrator |

---

[1] The record also includes documents referenced in the Section 2.2.1.3 of the State of Texas' SIP Submittal Package, including the following: (1) Houston/Galveston/Brazoria (HGB) Attainment Demonstration SIP Revision for the 1997 Eight-Hour Ozone Standard, Appendix C: Photochemical Modeling for the HGB Attainment Demonstration SIP (adopted by the State on March, 10, 2010) (link at http://www.tceq.texas.gov/assets/public/implementation/air/sip/hgb/hgb_sip_2009/09017SIP_ado_Appendix_C.pdf); and (2) Dallas-Fort Worth (DFW) Attainment Demonstration State Implementation Plan Revision for the 1997 Eight-Hour Ozone Standard, Appendix D: Conceptual Modeling for the DFW Attainment Demonstration SIP Revisions for the 1997 Eight-Hour Ozone Standard (adopted by the State on December 7, 2011) (link http://www.tceq.texas.gov/assets/public/implementation/air/sip/dfw/dfw_ad_sip_2015/AD/Adoption/DFW_SIP_Appendix_D_060315.pdf).

| | | | | | |
|---|---|---|---|---|---|
| 6 [EPA-R06-OAR-2012-0985-0004] | 04-27-2016 | Comment letter from public citizen Nicholas Porter; Comment: EPA-R06-OAR-2012-0985-0001; Re: Air Quality State Implementation Plans; Approval and Promulgation; Texas; Interstate Transport of Air Pollution for the 2008 Ozone National Ambient Air Quality Standards; Proposed Rule. | Public comment letter document | Nicholas Porter, public citizen | EPA |

| Supporting Documentation ||||||
|---|---|---|---|---|---|
| EPA Document No. | DATE | TITLE | DOCUMENT TYPE | AUTHOR | RECIPIENT |
| 7 [EPA-HQ-OAR-2015-0500-0001] | 08-04-2015 | Notice of Availability of the Environmental Protection Agency's Updated Ozone Transport Modeling Data for the 2008 Ozone National Ambient Air Quality Standard (NAAQS); 80 FR 46271 (August 4, 2015) [general Docket No. EPA-HQ-OAR-2015-0500] | Notice of Data Availability, Federal Register | EPA, HQ | |
| 8 [EPA-HQ-OAR-2015-0500-0007] | 08-04-2015 | Notice of Availability of the Environmental Protection Agency's Updated Ozone Transport Modeling Data for the 2008 Ozone National Ambient Air Quality Standard (NAAQS); 2017 Ozone Contributions (Excel Spreadsheet); Cross-State Air Pollution Rule Update for the 2008 Ozone NAAQS; 80 FR 46271 (August 4, 2015) [general Docket No. EPA-HQ-OAR-2015-0500] | Document, Excel Spreadsheet | EPA, HQ | |
| 9 [EPA-HQ-OAR-2015-0500-0008] | 08-04-2015 | Notice of Availability of the Environmental Protection Agency's Updated Ozone Transport Modeling Data for the 2008 Ozone National Ambient Air Quality Standard (NAAQS); Notice of Availability of the Environmental Protection Agency's Updated Ozone Transport Modeling Data for the 2008 Ozone National Ambient Air Quality Standard (NAAQS); Notice of Data Availability (NODA): Details about Provided Emissions Data Files; 80 FR 46271 (August 4, 2015) [general Docket No. EPA-HQ-OAR-2015-0500] | Federal Register, data emissions files document | EPA, HQ | |
| 10 [EPA-HQ-OAR-2015-0500-0067] | 12-03-2015 | Cross-State Air Pollution Rule Update for the 2008 Ozone NAAQS; 80 FR 75706 (December 3, 2015) [general Docket No. EPA-HQ-OAR-2015-0500] | Proposed Rule, Federal Register | EPA, HQ | |

| EPA Document No. | DATE | TITLE | DOCUMENT TYPE | AUTHOR | RECIPIENT |
|---|---|---|---|---|---|
| 11 [EPA-HQ-OAR-2015-0500-0075] | 12-03-2015 | Cross-State Air Pollution Rule Update for the 2008 Ozone NAAQS; Air Quality Modeling Technical Support Document (TSD) for the 2008 Ozone NAAQS; 80 FR 75706 (December 3, 2015) [general Docket No. EPA-HQ-OAR-2015-0500] | TSD document, Federal Register | EPA, HQ | |
| 12 [EPA-HQ-OAR-2015-0500-0186] | 12-03-2015 | Cross-State Air Pollution Rule Update for the 2008 Ozone NAAQS; Ozone Transport Policy Analysis TSD; 80 FR 75706 (December 3, 2015) [general Docket No. EPA-HQ-OAR-2015-0500] | TSD document, Federal Register | EPA, HQ | |
| 13 [EPA-HQ-OAR-2009-0491-4574] | 08-8-2011 | Federal Implementation Plans: Interstate Transport of Fine Particulate Matter and Ozone and Correction of SIP Approvals; Final Rule; 76 FR 48208, 48238 (August 8, 2011) [general Docket No. EPA-HQ-OAR-2009-0491] | Final Rule, Federal Register | EPA, HQ | |

## Memoranda Authored by EPA

| EPA Document No. | DATE | TITLE | DOCUMENT TYPE | AUTHOR | RECIPIENT |
|---|---|---|---|---|---|
| 14 [EPA-R06-OAR-2012-0985-0010] | 09-25-2009 | Memorandum from William T. Harnett to Regional Air Division Directors, Regions I-X, "Guidance on SIP Elements Required Under [CAA] Sections 110(a)(1) and (2) for the 2006 24-Hour Fine Particle (PM 2.5) National Ambient Air Quality Standards (NAAQS)" | Memorandum | EPA, HQ | EPA Regional Air Division Directors |
| 15 [EPA-R06-OAR-2012-0985-0008] | 10-01-2015 | Memorandum from Janet G. McCabe, Acting Assistant Administrator for the Office of Air and Radiation to Regional Administrators, Regions 1-10, "Implementing the 2015 Ozone National Ambient Air Quality Standards" | Memorandum | EPA, HQ | EPA Regional Administrators |
| 16 [EPA-R06-OAR-2012-0985-0011] | 01-22-2015 | Memorandum from Stephen D. Page, Director, Office of Air Quality Planning and Standards to Regional Air Division Directors, Regions 1-10, "Information on the Interstate Transport "Good Neighbor" Provision for the 2008 Ozone National Ambient Air Quality Standards (NAAQS) under Clean Air Act (CAA) Section 110(a)(2)(D)(i)(I)" | Memorandum | EPA, HQ | EPA Regional Air Division Directors |

## Other Documents, Data, and Information

| EPA Document No. | DATE | TITLE | DOCUMENT TYPE | AUTHOR | RECIPIENT |
|---|---|---|---|---|---|
| 17 [EPA-R08-OAR-2012-0350-0001] | 05-20-2013 | Air Quality State Implementation Plans; Approvals and Promulgations: Utah; Interstate Transport of Pollution for the 2006 PM2.5 NAAQS; Proposed Rule; 78 FR 29314 (May 20, 2013) | Proposed Rule, Federal Register | EPA | |
| 18 [EPA-R08-OAR-2012-0350-0008] | 08-09-2013 | Air Quality State Implementation Plans; Approvals and Promulgations: Utah; Interstate Transport of Pollution for the 2006 PM2.5 NAAQS; Final Rule; 78 FR 48615 (August 9, 2013) | Final Rule, Federal Register | EPA | |
| 19 [EPA-R09-OAR-2011-0046-0001] | 03-17-2011 | Approval and Promulgation of Implementation Plans; State of California; Interstate Transport of Pollution; Significant Contribution to Nonattainment and Interference With Maintenance Requirements; Proposed Rule; 76 FR 14616 (March 17, 2011) | Proposed Rule, Federal Register | EPA | |
| 20 [EPA-R09-OAR-2011-0046-0041] | 06-15-2011 | Approval and Promulgation of Implementation Plans; State of California; Interstate Transport of Pollution; Significant Contribution to Nonattainment and Interference With Maintenance Requirements; Final Rule; 76 FR 34872 (June 15, 2011) | Final Rule, Federal Register | EPA | |
| 21 [EPA-R08-OAR-2012-0346-0001] | 05-12-2015 | Approval and Promulgation of State Implementation Plans; State of Colorado; Interstate Transport of Pollution for the 2006 24-Hour PM2.5 NAAQS; Proposed Rule; 80 FR 27121, 27124-27125 (May 12, 2015) | Proposed Rule, Federal Register | EPA | |
| 22 [EPA-R08-OAR-2012-0346-0009] | 08-10-2015 | Approval and Promulgation of State Implementation Plans; State of Colorado; Interstate Transport of Pollution for the 2006 24-Hour PM2.5 NAAQS; Final Rule; 80 FR 47862 (August 10, 2015) | Final Rule, Federal Register | EPA | |
| 23 [EPA-R06-OAR-2012-0985-0009] | 12-20-2012 | EPA letter of December 20, 2012 pertaining to administrative completeness of the Texas SIP revision "Infrastructure Demonstration and Transport Plan for Ozone" | Letter | EPA, Region 6 | TCEQ |