# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 07, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 16-60670   State of Texas, et al v. EPA, et al
               USDC No. 81 Fed. Reg. 53,284

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Cindy M. Broadhead, Deputy Clerk
504-310-7707

Ms. Amy J. Dona
Mr. Avi S. Garbow
Mr. Philip Stephen Gidiere III
Ms. Priscilla M. Hubenak
Ms. Chloe H. Kolman
Ms. Gina McCarthy
Mr. David Welles Mitchell
Mr. Craig James Pritzlaff