# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

March 07, 2017

Mr. Craig James Pritzlaff  
Office of the Attorney General of Texas  
Environmental Protection Division  
P.O. Box 12548  
Mail Code 066  
Austin, TX 78711-2548

    No. 16-60670   State of Texas, et al v. EPA, et al  
                 USDC No. 81 Fed. Reg. 53,284

Dear Mr. Pritzlaff,

We have reviewed petitioner's brief resubmitted to the Court on March 2, 2017, and it is sufficient.

You must submit the **7 paper copies** of petitioners' brief required by 5TH CIR. R. 31.1 within **5 days** of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1 (**Blue front covers are required**).

**Note**: The paper copies must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief directly from your office file without any header.

Failure to timely provide the appropriate number of copies may result in the dismissal of the petition for review pursuant to 5TH CIR. R. 42.3.

The respondents' brief remains due to be filed by March 27, 2017.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____  
                        Dantrell L. Johnson, Deputy Clerk  
                        504-310-7689

cc:  Ms. Amy J. Dona  
     Mr. Philip Stephen Gidiere, III  
     Ms. Priscilla M. Hubenak  
     Mr. Daniel Jude Kelly  
     Ms. Chloe H. Kolman  
     Mr. David Welles Mitchell  
     Ms. Stephanie Zapata Moore