# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

February 21, 2017

Mr. Craig James Pritzlaff  
Office of the Attorney General of Texas  
Environmental Protection Division  
P.O. Box 12548  
Mail Code 066  
Austin, TX 78711-2548

    No. 16-60670    State of Texas, et al v. EPA, et al  
                        USDC No. 81 Fed. Reg. 53,284

Dear Mr. Pritzlaff,

The following pertains to petitioners' brief electronically filed on February 17, 2017.

The petitioners' brief is insufficient for the following reasons and must be corrected within the next **14 days**:

1. The case caption listing the parties' names on the brief's front cover does not agree with the official caption of the case (See FED R. APP. P. 32(a)(2)(C)). The caption must be corrected (See attachment: Case Caption).

2. The Addendum attached to the brief is 44 pages, which is unacceptable. Counsel is hereby advised that an Addendum attached to a brief is limited to 15 pages only. Counsel must reduce the Addendum to 15 pages or less, and amend the Addendum Table of Contents as necessary.

   **Note**: If you deem the excessive Addendum content as imperative, then you must electronically file a motion requesting leave of the Court to exceed the page limit for an Addendum attached to a brief.

**Once you have prepared your sufficient brief, you must electronically file the proposed sufficient brief by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system.** Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made.

Also, petitioners are required to file record excerpts (See FED R. APP. P. 30, 5TH CIR. R. 30.1 through 30.1.8, 5TH CIR. R. 30.2(b), and FED R. APP. P. 25(a)(2)(D)). Below is the minimal content required for record excerpts of an Agency case:

1. A record excerpts cover page is required and must have the same content as the brief's cover page, except that it will be denominated "Record Excerpts."

2. A Table of Contents is required, with a numbered list of documents.

3. Each document in the record excerpts must be separated by a Tab, and the Tab must be labeled to correspond to the number assigned to the document in the Table of Contents (for example, Tab 1, Tab 2, and so on).

4. The ONLY mandatory document for an Agency case record excerpts, is a copy of the order or judgment being reviewed. Yet, counsel may include other copies of documents from the administrative record.

    **Note**: Counsel is hereby advised that the "Mandatory Contents" listed in 5TH CIR. R. 30.1.4 are geared toward a Criminal proceeding. That said, counsel may include additional Mandatory Contents as applicable to this case type. However, content added to the record excerpts that is not specifically listed as Mandatory Contents will be construed by the Court as "Optional Contents," and Optional Contents are limited to 40 pages ONLY (There is no page limit for Mandatory Contents).

5. A Certificate of Service is required.

Failure to timely docket the Proposed Sufficient Brief event, and/or failure to timely electronically file petitioners' record excerpts, may result in the dismissal of the petition for review pursuant to 5TH CIR. R. 42.3.

The intervenors' brief is due to be filed by February 24, 2017.

The respondents' brief is due to be filed by March 20, 2017.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:  Ms. Amy J. Dona
     Mr. Philip Stephen Gidiere, III
     Ms. Priscilla M. Hubenak
     Ms. Chloe H. Kolman
     Mr. David Welles Mitchell

Case Caption

No. 16-60670

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,

        Petitioners

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; CATHERINE MCCABE, in her official capacity as Acting Administrator of the United States Environmental Protection Agency,

        Respondents

**Note**: Counsel must correct the case caption on the brief's front cover by listing each petitioners' name. The use of 'et al' in the caption is prohibited in this instance.

The case caption on the brief's front cover must exactly match the above referenced official caption for this case.**