## *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 21, 2017

No. 16-60670   State of Texas, et al v. EPA, et al
              USDC No. 81 Fed. Reg. 53,284

Dear Counsel:

Attached is the updated case caption that must be used on all future filings in this case.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Dantrell L. Johnson, Deputy Clerk
                                    504-310-7689

cc:  Ms. Amy J. Dona
     Mr. Philip Stephen Gidiere, III
     Ms. Priscilla M. Hubenak
     Ms. Chloe H. Kolman
     Mr. David Welles Mitchell
     Mr. Craig James Pritzlaff

Updated Case Caption

No. 16-60670

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,

    Petitioners

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; CATHERINE MCCABE, in her official capacity as Acting Administrator of the United States Environmental Protection Agency,

    Respondents