# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 21, 2017

Ms. Amy J. Dona
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611

Mr. Avi S. Garbow
Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
William Jefferson Clinton Building
Washington, DC 20460

Mr. Philip Stephen Gidiere III
Balch & Bingham, L.L.P.
1901 6th Avenue, N.
Suite 1500
Birmingham, AL 35203

Ms. Priscilla M. Hubenak
Office of the Attorney General
Environmental Protection & Administrative Law Division
P.O. Box 12548 (MC 066)
Austin, TX 78711-2548

Ms. Chloe H. Kolman
U.S. Department of Justice
Environmental Defense Section
601 D Street, N.W.
Washington, DC 20004

Ms. Gina McCarthy
Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
William Jefferson Clinton Building
Mail Code 1101A
Washington, DC 20460-0000

Mr. David Welles Mitchell
Balch & Bingham, L.L.P.

601 Pennsylvania Avenue, N.W.
Suite 825 South
Washington, DC 20004-2601

Mr. Craig James Pritzlaff
Office of the Attorney General of Texas
Environmental Protection Division
P.O. Box 12548
Mail Code 066
Austin, TX 78711-2548

Mr. Scott Pruitt
Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
William Jefferson Clinton Building
Mail Code 1101A
Washington, DC 20460-0000

      No. 16-60670    State of Texas, et al v. EPA, et al
                      USDC No. 81 Fed. Reg. 53,284

Dear Ms. Dona, Mr. Garbow, Mr. Gidiere, Ms. Hubenak, Ms. Kolman, Ms. McCarthy, Mr. Mitchell, Mr. Pritzlaff, Mr. Pruitt,

The caption has been updated to reflect Mr. Scott Pruitt, Administrator of the U.S. Environmental Protection Agency has been substituted as the Respondent in this case. The attached updated caption should be used for all future correspondence filed in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Cindy M. Broadhead, Deputy Clerk
                              504-310-7707

Case No. 16-60670

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,

    Petitioners

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; SCOTT PRUITT, in his official capacity as Acting Administrator of the United States Environmental Protection Agency,

    Respondents