# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 07, 2017

Mr. Philip Stephen Gidiere, III
Balch & Bingham, L.L.P.
1901 6th Avenue, N., Suite 1500
Birmingham, AL 35203

    No. 16-60670   State of Texas, et al v. EPA, et al
                    USDC No. 81 Fed. Reg. 53,284

Dear Mr. Gidiere,

We have reviewed intervenors' brief resubmitted to the Court on March 1, 2017, and it is sufficient.

You must submit the **7 paper copies** of intervenors' brief required by 5TH CIR. R. 31.1 within **5 days** of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1 (**Green front covers are required**).

**Note**: The paper copies must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief directly from your office file without any header.

Failure to timely provide the appropriate number of copies may result in the intervenors' brief being stricken.

The respondents' brief remains due to be filed by March 27, 2017.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    */s/ Dantrell Johnson*

                    By: _____
                    Dantrell L. Johnson, Deputy Clerk
                    504-310-7689

cc:  Ms. Amy J. Dona
     Ms. Priscilla M. Hubenak
     Mr. Daniel Jude Kelly
     Ms. Chloe H. Kolman
     Mr. David Welles Mitchell
     Ms. Stephanie Zapata Moore
     Mr. Craig James Pritzlaff