# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

February 27, 2017

Mr. Philip Stephen Gidiere, III  
Balch & Bingham, L.L.P., Suite 1500  
1901 6th Avenue, N.  
Birmingham, AL 35203

    No. 16-60670    State of Texas, et al v. EPA, et al  
                         USDC No. 81 Fed. Reg. 53,284

Dear Mr. Gidiere,

The following pertains to the intervenors' brief electronically filed on February 24, 2017.

The intervenors' brief is insufficient for the following reason and must be corrected within the next **14 days**:

- The case caption listing the parties' names on the brief's front cover does not agree with the official caption of the case (See Fed R. App. P. 32(a)(2)(C)). The caption must be corrected (See attachment: Case Caption).

**Once you have prepared your sufficient brief, you must electronically file the proposed sufficient brief by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system.** Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made.

Failure to timely docket the Proposed Sufficient Brief event may result in the intervenors' brief being stricken.

The respondents' brief deadline has been updated for an additional 7 days in light of the filing of the intervenors' brief, and is now due March 27, 2017.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____  
                        Dantrell L. Johnson, Deputy Clerk  
                        504-310-7689

cc:  Ms. Amy J. Dona  
     Ms. Priscilla M. Hubenak  
     Ms. Chloe H. Kolman  
     Mr. David Welles Mitchell  
     Mr. Craig James Pritzlaff

Case Caption

No. 16-60670

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,

        Petitioners

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; SCOTT PRUITT, in his official capacity as Acting Administrator of the United States Environmental Protection Agency,

        Respondents

**Note**: In light of the fact that this Court does not carry the intervening parties' names in the case caption, counsel must correct the case caption on the brief's front cover by removing the intervening parties' names from the caption.

The case caption on the brief's front cover must exactly match the above referenced official caption for this case.**