# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS and TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, | )<br>)<br>)<br>) |
| Petitioners, | )<br>) |
| LUMINANT GENERATION COMPANY LLC, BIG BROWN POWER COMPANY LLC, LUMINANT MINING COMPANY LLC, LA FRONTERA HOLDINGS, LLC, OAK GROVE MANAGEMENT COMPANY LLC, and SANDOW POWER COMPANY LLC | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Petitioner-Intervenors, | )<br>) |
| v. | ) Case No. 16-60670 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and SCOTT PRUITT, Administrator, United States Environmental Protection Agency, | )<br>)<br>)<br>)<br>)<br>) |
| Respondents. | ) |

### PETITIONERS' AND PETITIONER-INTERVENORS' REPLY IN SUPPORT OF JOINT MOTION TO STRIKE IRRELEVANT DOCUMENTS FROM THE ADMINISTRATIVE RECORD

Petitioners and Petitioner-Intervenors respectfully file this reply in support of their motion to strike[1] six documents from the Corrected Certified Index ("Certified Index") to the Administrative Record. Doc. 00513863091. In their motion to strike,

---

[1] On February 7, 2017, the Court entered an order carrying the motion to strike with the case. Doc. 00513866172.

Petitioners and Petitioner-Intervenors request that the Court strike from the record six documents derived from a separate rulemaking by the U.S. Environmental Protection Agency ("EPA") in which EPA promulgated a Federal Implementation Plan ("FIP") that implements the Cross-State Air Pollution Rule ("CSAPR") for the 2008 ozone NAAQS ("CSAPR Update FIP").  Petitioners and Petitioner-Intervenors requested that these six documents be struck from the Administrative Record because, in the Final Rule, "EPA concedes that the CSAPR Update rulemaking 'is outside the scope of [the Final Rule], and is irrelevant to the question of whether the Texas SIP should be disapproved.'"  Doc. 00513863091 at 3-4 (alteration in original) (quoting 81 Fed. Reg. 53,284, 53,284 n.2 (Aug. 12, 2016)).

EPA's response to the motion to strike takes a different position.  EPA now says that that its CSAPR Update FIP was "directly referenced in EPA's proposed and final actions" at issue here and "constitute[s] part of the Agency's basis for taking the challenged action."  Doc. 00513880329 at 6, 10.

Notwithstanding EPA's change in position, these documents were not *properly* considered by the agency in its disapproval of the Texas state implementation plan ("SIP") and were not and are not relevant to that action.  That is because, as Petitioners and Petitioner-Intervenors explain in their opening merits briefs, a FIP is not an "applicable requirement[]" of the Clean Air Act to which a SIP must conform, *Texas v. EPA*, 829 F.3d 405, 411 (5th Cir. 2016) (quoting 42 U.S.C. § 7410(k)(3)), and EPA's CSAPR Update FIP was not even in existence at the time the State of Texas

submitted its SIP to EPA for review. Thus, EPA's FIP is not relevant to the question of whether EPA properly disapproved the Texas SIP in the first instance, and the documents derived from the FIP should be struck from the Administrative Record for this case.

## CONCLUSION

For the foregoing reasons, Petitioners and Petitioner-Intervenors respectfully ask this Court to strike from the Administrative Record the six documents listed as items 7 through 12 in the Certified Index filed by EPA on February 1, 2017.

Dated: February 24, 2017                                       Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

PRISCILLA M. HUBENAK
Chief, Environmental Protection Division
State Bar No. 10144690
priscilla.hubenak@oag.texas.gov

/s/ *Craig J. Pritzlaff*
CRAIG J. PRITZLAFF
Assistant Attorney General
State Bar No. 24046658
craig.pritzlaff@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ENVIRONMENTAL PROTECTION DIVISION
P.O. Box 12548, MC 066
Austin, Texas 78711-2548
Tel: (512) 463-2012
Fax: (512) 320-0911

*Counsel for the State of Texas and Texas Commission on Environmental Quality*

<u>/s/ P. Stephen Gidiere III</u>
P. Stephen Gidiere III
BALCH & BINGHAM LLP
1901 6th Ave. N., Ste. 1500
Birmingham, Alabama 35203
205-251-8100
sgidiere@balch.com

David W. Mitchell
BALCH & BINGHAM LLP
601 Pennsylvania Avenue, N.W.
Suite 825 South
Washington, D.C. 20004

Stephanie Z. Moore
Executive Vice President & General Counsel
VISTRA ENERGY CORP.
1601 Bryan Street
22nd Floor
Dallas, Texas 75201

Daniel J. Kelly
Vice President & Associate General Counsel
VISTRA ENERGY CORP.
1601 Bryan Street
43rd Floor
Dallas, Texas 75201

*Counsel for Petitioner-Intervenors Luminant Generation Company LLC, Big Brown Power Company LLC, Luminant Mining Company LLC, La Frontera Holdings, LLC, Oak Grove Management Company LLC, and Sandow Power Company LLC*

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel states that this motion complies with Fed. R. App. P. 27(d)(2)(A) because it contains 397 words, excluding the caption and signature blocks, as counted by a word processing system and, therefore, is within the word limit. This motion also complies with typeface requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface in 14-point Garamond font.

Dated: February 24, 2017

s/ P. Stephen Gidiere III
*Counsel for Petitioner-Intervenor*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 24th day of February, 2017.

s/ P. Stephen Gidiere III
*Counsel for Petitioner-Intervenors*
