# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 01, 2017

Ms. Amy J. Dona
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611

Mr. Philip Stephen Gidiere III
Balch & Bingham, L.L.P.
1901 6th Avenue, N.
Suite 1500
Birmingham, AL 35203

Ms. Priscilla M. Hubenak
Office of the Attorney General
Environmental Protection & Administrative Law Division
P.O. Box 12548 (MC 066)
Austin, TX 78711-2548

Ms. Chloe H. Kolman
U.S. Department of Justice
Environmental Defense Section
601 D Street, N.W.
Washington, DC 20004

Ms. Gina McCarthy
Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
William Jefferson Clinton Building
Mail Code 1101A
Washington, DC 20460-0000

Mr. David Welles Mitchell
Balch & Bingham, L.L.P.
601 Pennsylvania Avenue, N.W.
Suite 825 South
Washington, DC 20004-2601

Mr. Craig James Pritzlaff
Office of the Attorney General of Texas
Environmental Protection Division
P.O. Box 12548
Mail Code 066
Austin, TX 78711-2548

    No. 16-60670   State of Texas, et al v. EPA, et al
                        Agency No. 81 Fed. Reg. 53,284

Dear Counsel,

Due to a clerical error, the previous caption that issued was incorrect. Therefore, please find a corrected caption that should be used in all future filings. We apologize for any confusion.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Shea E. Pertuit, Deputy Clerk
                            504-310-7666

                            16-60670

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,

              Petitioners

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; SCOTT PRUITT, in his official capacity as Administrator of the United States Environmental Protection Agency,

              Respondents