IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,<br><br>　　　　Petitioners,<br><br>　　　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; SCOTT PRUITT, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>　　　　Respondents. | Case No. 16-60670 |

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION
OF TIME AND ENLARGEMENT OF BRIEF**

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27, and Fifth Circuit Rule 26.2, 27.1, and 31.4, Respondents the United States Environmental Protection Agency and Scott Pruitt, Administrator, (collectively, "EPA") hereby move that the Court extend the deadline to file their brief by an additional 35 days, setting a new deadline of May 1, 2017. In addition, pursuant to Federal Rule of Appellate Procedure 27, and Fifth Circuit Rule 32.4, EPA moves the Court to enlarge the word limit of EPA's responsive brief to 17,000 words. Petitioners and

Petitioner-Intervenors do not object to the relief requested. In support of this motion, EPA states the following:

1. In this case, Petitioners seek review of EPA's disapproval of a portion of a Texas State Implementation Plan submitted to address the effect of air pollution from Texas on downwind states, 81 Fed. Reg. 53,284.

2. Petitioners the State of Texas and the Texas Commission on Environmental Quality sought and were granted two extensions of time to file their Opening Brief. *See* Dec. 15, 2016, Docket Runner (granting Petitioners' request for 30-day extension) and Doc. 00513841996 (granting Petitioners' motion for extension of additional 15 days). Petitioners' Opening Brief was filed on February 17, 2017. Petitioners certified the brief contains 10,543 words in compliance with Fed. R. App. P. 32(a)(7)(B). Doc. 00513880914 at 61.

3. On January 23, 2017, the Court granted Petitioner-Intervenors' motion to intervene in this case. Doc. 00513845414. On February 24, 2017, Petitioner-Intervenors filed a brief, which they certified as containing 6,502 words in compliance with Fed. R. App. P. 32(a)(7)(B). Doc. 00513890265 at 42.

4. Pursuant to the Court's February 24, 2017, Docket Entry, EPA's Response Brief is currently due March 27, 2107. EPA seeks an extension

of that deadline by 35 days, until May 1, 2017. This extension is necessary to allow sufficient time for interagency and management review of the Response Brief by the appropriate officials at EPA and the Department of Justice. EPA typically requests 60 days for respondent briefs, rather than the allotted 30 days, to allow sufficient time for interagency drafting and review. Here, counsel for EPA and management reviewers carry heavy case loads that include the D.C. Circuit litigation referenced in Petitioners' extension motion, Doc. 00513841586 at 2, and in addition, multiple DOJ and EPA counsel have scheduled leave during the briefing period, including reviewing officials. The request for extension of time is made for good cause and in the interest of justice, not for delay. The requested extension of time of 35-days is a Level 2 Extension Request under Fifth Circuit Rule 31.4.3.2, and is the first extension requested by EPA in this case.

5. Under Fed. R. App. P. 32(a)(7)(B)(i), the word limit for response briefs is 13,000 words. Petitioners and Petitioner-Intervenors raised unique issues in separate briefs, which total 17,045 words, that EPA must respond to individually. *Compare*, *e.g.*, Texas Brief, Doc. 00513880914, at 17 (Statement of Issues) *with* Intervenor Brief, Doc. 00513890265, at 14 (Statement of Issues). Accordingly, EPA seeks to enlarge the word limit

of its brief to 17,000 in order to address all of the issues raised in Petitioners' and Petitioner-Intervenors' briefs, comporting with the total words filed by Petitioners and Petitioner-Intervenors.

6. Counsel for EPA has conferred with counsel for Petitioners and Petitioner-Intervenors, and no party opposes the relief requested in this motion.

## CONCLUSION

For the foregoing reasons, EPA respectfully requests an extension of the deadline for its Response Brief until May 1, 2017, and enlargement of the word limit for that brief to 17,000 words.

DATED: March 7, 2017

Respectfully submitted,

BRUCE GELBER
Deputy Assistant Attorney General

*/s/ Amy J. Dona*
CHLOE H. KOLMAN
AMY J. DONA
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-9277 (Kolman)
(202) 514-0223 (Dona)
chloe.kolman@usdoj.gov
amy.dona@usdoj.gov

*Counsel for Respondents*

*Of Counsel*:

Stephanie Hogan
Abirami Vijayan
Office of General Counsel
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

Lynde Schoellkopf
Office of Regional Counsel
U.S. Environmental Protection Agency, Region 6
1445 Ross Avenue, Suite 1200
Dallas, TX 75202

# CERTIFICATION FOR ECF PLEADING
# AND OF COMPLIANCE WITH TYPE-VOLUME LIMIT

Pursuant to ECF Filing Standards Section A(6), I hereby certify that all required privacy redactions have been made; that no hard copies are required to be submitted to the clerk's office so Section A(6)(2) is not relevant; and that the ECF submission was scanned for viruses with Microsoft's Forefront Client Security, which is updated daily, and, according to the program, is free of viruses.

I also hereby certify that this document complies with the word limit of Fed. R. App. P. 27(d)(2), excluding the parts of the document exempted by Fed. R. App. P. 32(f), because this document contains 601 words. This document also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document was prepared in a proportionally spaced typeface using Microsoft Word 2013 in 14 point Times New Roman font.

DATED: March 7, 2017        */s/ Amy J. Dona*
                                                  AMY J. DONA

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2017, I electronically filed the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME AND ENLARGEMENT OF BRIEF with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ [DRAFT]*
AMY J. DONA