# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130**

March 08, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 16-60670   State of Texas, et al v. EPA, et al
                  USDC No. 81 Fed. Reg. 53,284

The court has granted appellees' motion to file brief in excess of the word count, not to exceed 17,000 words and an extension of time to and including May 1, 2017 for filing appellees' brief in this case.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Cindy M. Broadhead, Deputy Clerk
                                      504-310-7707

Ms. Amy J. Dona
Mr. Avi S. Garbow
Mr. Philip Stephen Gidiere III
Ms. Priscilla M. Hubenak
Mr. Daniel Jude Kelly
Ms. Chloe H. Kolman
Ms. Gina McCarthy
Mr. David Welles Mitchell
Ms. Stephanie Zapata Moore
Mr. Craig James Pritzlaff
Mr. Scott Pruitt