**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

| | |
|---|---|
| STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,<br>    *Petitioners,*<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; SCOTT PRUITT, in his official capacity as Administrator of the United States Environmental Protection Agency,<br>    *Respondents*. | Case No. 16-60670 |

**PETITIONERS' UNOPPOSED MOTION FOR WAIVER OF FILING RECORD EXCERPTS**

Pursuant to Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 27.1, Petitioners the State of Texas and the Texas Commission on Environmental Quality respectfully request that the Court waive filing of record excerpts under Fed. R. App. P. 30 and Fifth Circuit Rule 30.1.

This case concerns review of an agency rule, which was published by the United States Environmental Protection Agency ("EPA"). *See* 81 Fed. Reg. 53,284 (Aug. 12, 2016). Petitioners filed a petition for review of the rule and EPA subsequently filed a certified index identifying the documents comprising the administrative record for this matter. Therefore, this matter is guided by Fed. R. App. P. 30(c) and Fifth Circuit Rule 30.2(a), which require that the documents

comprising the record be filed by the Petitioners within 21 days of the filing of Respondents' brief. Under the current briefing schedule, this would be on May 22, 2017. Because the record will be filed after briefing is complete, the only document that would be required to be filed under Fifth Circuit Rule 30.1.4 would be the EPA rule itself, which has already been filed by Petitioners with the petition for review. It would be premature or duplicative to file portions of the administrative record now before briefing is complete. The record will be filed in accordance with Fifth Circuit Rule 30.2(a) and Fed. R. App. P. 30(c). Petitioner's request herein is made for good cause and in the interest of efficiency. Petitioners respectfully request that the Court waive Petitioners' requirements to file record excerpts at this time and permit the Petitioners to file the record 21 days after Respondents' response brief is filed.

Dated: March 17, 2017

    Respectfully submitted,

    KEN PAXTON
    Attorney General of Texas

    JEFFREY C. MATEER
    First Assistant Attorney General

    BRANTLEY STARR
    Deputy First Assistant Attorney General

    JAMES E. DAVIS
    Deputy Attorney General for Civil Litigation

    PRISCILLA M. HUBENAK
    Chief, Environmental Protection Division
    State Bar No. 10144690
    priscilla.hubenak@oag.texas.gov

        */s/ Craig J. Pritzlaff*
        CRAIG J. PRITZLAFF
        Assistant Attorney General
        State Bar No. 24046658
        craig.pritzlaff@oag.texas.gov

        OFFICE OF THE ATTORNEY GENERAL OF TEXAS
        ENVIRONMENTAL PROTECTION DIVISION
        P.O. Box 12548, MC 066
        Austin, Texas  78711-2548
        (512) 463-2012
        (512) 320-0911 (fax)

        **Counsel for the State of Texas and Texas Commission on Environmental Quality**

## CERTIFICATE OF CONFERENCE

I certify that on March 17, 2017, I conferred with counsel for the Respondents and Intervenor-Petitioners, who indicated that this request is unopposed.

## CERTIFICATE OF COMPLIANCE

The undersigned counsel states that this motion complies with Fed. R. App. P. 27(d)(2)(A) because it contains 278 words, excluding the caption, signature blocks, and certificates, as counted by Microsoft Word and, therefore, is within the word limit.  This motion also complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface in 14-point Times New Roman font.

        */s/ Craig J. Pritzlaff*
        CRAIG J. PRITZLAFF

## CERTIFICATE OF SERVICE

On March 17, 2017, the foregoing document was served electronically through the Court's CM/ECF system on all registered counsel.

*/s/ Craig J. Pritzlaff*
CRAIG J. PRITZLAFF
