# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 22, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 16-60670   State of Texas, et al v. EPA, et al
                    USDC No. 81 Fed. Reg. 53,284

Enclosed is an order entered in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Cindy M. Broadhead, Deputy Clerk
                          504-310-7707

Ms. Amy J. Dona
Mr. Avi S. Garbow
Mr. Philip Stephen Gidiere III
Ms. Priscilla M. Hubenak
Mr. Daniel Jude Kelly
Ms. Chloe H. Kolman
Mr. David Welles Mitchell
Ms. Stephanie Zapata Moore
Mr. Craig James Pritzlaff
Mr. Scott Pruitt