IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 16-60670
_____

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,

    Petitioners

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; SCOTT PRUITT, in his official capacity as Administrator of the United States Environmental Protection Agency,

    Respondents

_____

Petition for Review of an Order of the
Environmental Protection Agency
_____

O R D E R :

    IT IS ORDERED that petitioners' unopposed motion to waive the requirement to file record excerpts is GRANTED.

    /s/ E. Grady Jolly
    _____
    E. GRADY JOLLY
    UNITED STATES CIRCUIT JUDGE