IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,<br><br>      Petitioners,<br><br>      v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; SCOTT PRUITT, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>      Respondents. | Case No. 16-60670 |

**RESPONDENTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27, and Fifth Circuit Rule 26.2, 27.1, and 31.4, Respondents the United States Environmental Protection Agency and Scott Pruitt, Administrator, (collectively, "EPA") hereby move that the Court extend the deadline to file their brief by an additional 30 days, setting a new deadline of May 31, 2017. Petitioners and Petitioner-Intervenors do not object to the relief requested. In support of this motion, EPA states the following:

1. In this case, Petitioners the State of Texas and the Texas Commission on Environmental Quality seek review of EPA's disapproval of a portion of

a Texas State Implementation Plan submitted to address the effect of air pollution from Texas on downwind states, 81 Fed. Reg. 53,284 (Aug. 12, 2016).

2. Petitioners sought and were granted two extensions of time to file their Opening Brief.  *See* Dec. 15, 2016, Docket Runner (granting Petitioners' request for 30-day extension) and Doc. 00513841996 (granting Petitioners' motion for extension of additional 15 days).   Petitioners' Opening Brief was filed on February 17, 2017.

3. EPA's Response Brief is currently due May 1, 2107.  EPA seeks an extension of that deadline by 30 days, until May 31, 2017.  The requested extension of time is a Level 2 Extension Request under Fifth Circuit Rule 31.4.3.2, and is the second extension requested by EPA in this case.  The Court previously granted EPA's request for a 35-day extension.  Doc. No. 00513902051.

4. EPA seeks this extension in light of the federal government's 2017 change in administration.  This extension will allow EPA time to brief newly appointed administration officials with decision-making responsibility about this case so that they may become familiar with the subject matter and issues presented.  Requests to continue proceedings to allow time for new administration officials to become familiar with cases

under their authority are customary. *See Brady Campaign to Prevent Gun Violence v. Salazar*, 612 F. Supp. 2d 1, 10 (D.D.C. 2009) (noting that an extension of a preliminary injunction briefing schedule was granted after a change in administration).

5. A modest 30-day extension of time will ensure that key EPA decision-makers are fully informed and can consider the issues presented in this case. In addition, because no oral argument date has been set, the extension will not unduly delay the litigation or prejudice the parties.

6. Counsel for EPA has conferred with counsel for Petitioners and Petitioner-Intervenors, and no party opposes the relief requested in this motion.

## CONCLUSION

For the foregoing reasons, EPA respectfully requests an extension of the deadline for its Response Brief until May 31, 2017.

DATED:  April 13, 2017                    Respectfully submitted,

BRUCE GELBER
Deputy Assistant Attorney General

*/s/ Amy J. Dona*
CHLOE H. KOLMAN
AMY J. DONA
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611

                                  Washington, D.C. 20044

Washington, D.C. 20044
(202) 514-9277 (Kolman)
(202) 514-0223 (Dona)
chloe.kolman@usdoj.gov
amy.dona@usdoj.gov

*Counsel for Respondents*

*Of Counsel*:

Stephanie Hogan
Abirami Vijayan
Office of General Counsel
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

Lynde Schoellkopf
Office of Regional Counsel
U.S. Environmental Protection Agency, Region 6
1445 Ross Avenue, Suite 1200
Dallas, TX 75202

# CERTIFICATION FOR ECF PLEADING
# AND OF COMPLIANCE WITH TYPE-VOLUME LIMIT

Pursuant to ECF Filing Standards Section A(6), I hereby certify that all required privacy redactions have been made; that no hard copies are required to be submitted to the clerk's office so Section A(6)(2) is not relevant; and that the ECF submission was scanned for viruses with Microsoft's Forefront Client Security, which is updated daily, and, according to the program, is free of viruses.

I also hereby certify that this document complies with the word limit of Fed. R. App. P. 27(d)(2), excluding the parts of the document exempted by Fed. R. App. P. 32(f), because this document contains 435 words.  This document also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document was prepared in a proportionally spaced typeface using Microsoft Word 2013 in 14 point Times New Roman font.

DATED:  April 13, 2017            */s/ Amy J. Dona*
                                  AMY J. DONA

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2017, I electronically filed the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Amy J. Dona*
AMY J. DONA