# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 13, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 16-60670   State of Texas, et al v. EPA, et al
USDC No. 81 Fed. Reg. 53,284

The court has granted an unopposed extension of time to and including May 31, 2017 for filing respondents' brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Mary Stewart*

By: _____
Mary C. Stewart, Deputy Clerk
504-310-7694

Ms. Amy J. Dona
Mr. Avi S. Garbow
Mr. Philip Stephen Gidiere III
Ms. Priscilla M. Hubenak
Mr. Daniel Jude Kelly
Ms. Chloe H. Kolman
Mr. David Welles Mitchell
Ms. Stephanie Zapata Moore
Mr. Craig James Pritzlaff