IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 16-60670

———————————

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,

      Petitioners

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; SCOTT PRUITT, in his official capacity as Administrator of the United States Environmental Protection Agency,

      Respondents

———————————

Petition for Review of an Order of the
Environmental Protection Agency

———————————

O R D E R :

    ON CONSIDERATION of the petition to stay proceedings in this cause, IT IS ORDERED that pursuant to 5TH CIR. R. 42.4 this petition is hereby dismissed without prejudice to the right of either party to reinstate the petition by letter to the Clerk of this Court within 180 days from this date. Unless the petition is reinstated within that time, or the foregoing 180 day time period is extended, the petition will be considered dismissed with prejudice.

/s/ Lyle W. Cayce
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT



**A True Copy**
**Certified order issued May 17, 2017**

**Clerk, U.S. Court of Appeals, Fifth Circuit**