# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 17, 2017

Mr. Scott Pruitt
Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
William Jefferson Clinton Building
Mail Code 1101A
Washington, DC 20460-0000

 No. 16-60670 State of Texas, et al v. EPA, et al
        USDC No. 81 Fed. Reg. 53,284

Dear Mr. Pruitt,

Enclosed is a copy of the judgment issued as the mandate.

        Sincerely,

        LYLE W. CAYCE, Clerk

        /s/ Mary Stewart
        By: _____
        Mary C. Stewart, Deputy Clerk
        504-310-7694

cc w/encl:
 Ms. Amy J. Dona
 Mr. Avi S. Garbow
 Mr. Philip Stephen Gidiere III
 Ms. Priscilla M. Hubenak
 Mr. Daniel Jude Kelly
 Ms. Chloe H. Kolman
 Mr. David Welles Mitchell
 Ms. Stephanie Zapata Moore
 Mr. Craig James Pritzlaff