# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,<br>    *Petitioners,*<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; SCOTT PRUITT, in his official capacity as Administrator of the United States Environmental Protection Agency,<br>    *Respondents*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 16-60670 |

## PETITIONERS' UNOPPOSED MOTION
## TO EXTEND TIME TO REOPEN CASE

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27, and Fifth Circuit Rules 26.2, 27.1, and 42.4, Petitioners the State of Texas and Texas Commission on Environmental Quality ("Texas") requests that the Court enter an order extending the current deadline to reinstate the petition by up to another 180 days, setting a new deadline of May 11, 2018. The additional time would allow the parties time to continue discussions concerning administrative options that could avert the need for further litigation in this case. The parties have engaged in fruitful discussions over the past 180 days; however, more time is needed to

further discuss options under consideration. Respondents and Petitioner-Intervenors do not object to the relief requested. In support of this motion, Texas states the following:

1. On October 11, 2016, Texas timely filed a petition for review of the Environmental Protection Agency's ("EPA's") disapproval of a portion of a Texas State Implementation Plan submitted to address the potential effect of air pollution from Texas on downwind states, 81 Fed. Reg. 53,284 (Aug. 12, 2016).

2. Petitioners' Opening Brief was filed on February 17, 2017. Petitioner- Intervenors' brief was filed on February 24, 2017. On May 15, 2017, Texas and EPA filed a Joint Unopposed Motion to Hold Case in Abeyance for at least 90 days to permit the parties time to continue efforts to reach an administrative resolution. *See* Doc. No. 00513992662.

3. On May 17, 2017, the Court, pursuant to 5th Circuit Rule 42.4, dismissed the State's petition with prejudice to the right of either party to reinstate by motion or letter to the Clerk within 180 days (by November 13, 2017).

4. During the previous 180 days, the parties engaged in continuing discussions concerning administrative resolution of this

matter, including meetings between officials at the EPA and the Texas Commission on Environmental Quality in July, August, and October 2017. These efforts have not led to a resolution of the dispute leading to this litigation. However, because this matter involves complicated issues interrelated with other air pollution prevention programs, more time is needed to permit ongoing discussions over the next several months toward resolution of this case.

5. The requested extension is in the interest of judicial economy. If the parties identify an administrative resolution that addresses the underlying issues in this case, there may be no need for the Court to consider the issues presented in this petition for review case.

6. The requested extension will also preserve the parties' and taxpayer resources. If the parties are able to address the issues presented in this case through an administrative option, the need for further briefing could be obviated. It would be a waste of the parties' and taxpayer resources to continue to prepare and file briefs regarding issues that may be resolved through settlement. Further, the parties may be able to reach an administrative resolution that avoids additional potential disputes under related Clean Air Act programs.

7.	Pursuant to Fifth Circuit Rule 27.4, undersigned counsel have consulted with counsel for Respondents and Petitioner-Intervenors, who indicated they do not oppose the relief requested in this motion.

## CONCLUSION

For the foregoing reasons, Texas respectfully requests that the Court extend the current deadline to reinstate the petition by an additional 180 days, setting a new deadline of May 11, 2018.

If the Court determines that further extension should not be granted, then Texas requests that this matter be immediately reinstated.

Dated November 3, 2017

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

PRISCILLA M. HUBENAK
Chief, Environmental Protection Division
State Bar No. 10144690
priscilla.hubenak@oag.texas.gov

*/s/ Craig J. Pritzlaff*
CRAIG J. PRITZLAFF
Assistant Attorney General
State Bar No. 24046658
craig.pritzlaff@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ENVIRONMENTAL PROTECTION DIVISION
P.O. Box 12548, MC 066
Austin, Texas 78711-2548
Tel: (512) 463-2012
Fax: (512) 320-0911

**Counsel for the State of Texas and Texas Commission on Environmental Quality**

## CERTIFICATE OF CONFERENCE

I certify that on November 2, 2017, I conferred with counsel for Petitioner-Intervenors, who indicated that this request is unopposed. I further certify that on November 3, 2017, I conferred with counsel for Respondents, who also indicated that this request is unopposed

<em>/s/ Craig J. Pritzlaff</em><br>CRAIG J. PRITZLAFF

## CERTIFICATE OF COMPLIANCE

The undersigned counsel states that this motion complies with Fed. R. App. P. 27(d)(2)(A) because it contains 583 words, excluding the caption, signature blocks, and certificates, as counted by Microsoft Word and, therefore, is within the word limit. This motion also complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface in 14-point Century Schoolbook font.

<em>/s/ Craig J. Pritzlaff</em><br>CRAIG J. PRITZLAFF

## CERTIFICATE OF SERVICE

On November 3, 2017, the foregoing document was served electronically through the Court's CM/ECF system on all registered counsel.

<em>/s/ Craig J. Pritzlaff</em><br>CRAIG J. PRITZLAFF