# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 07, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 16-60670   State of Texas, et al v. EPA, et al
                    USDC No. 81 Fed. Reg. 53,284

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        */s/ Mary Stewart*
                        By: _____
                        Mary C. Stewart, Deputy Clerk
                        504-310-7694

Ms. Amy J. Dona
Mr. Avi S. Garbow
Mr. Philip Stephen Gidiere III
Ms. Priscilla M. Hubenak
Mr. Daniel Jude Kelly
Ms. Chloe H. Kolman
Mr. David Welles Mitchell
Ms. Stephanie Zapata Moore
Mr. Craig James Pritzlaff