# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,<br>　　*Petitioners,*<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; SCOTT PRUITT, in his official capacity as Administrator of the United States Environmental Protection Agency,<br>　　*Respondents*. | Case No. 16-60670 |

## MOTION TO REINSTATE PETITION

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27, and Fifth Circuit Rules 26.2, 27.1, and 42.4, Petitioners the State of Texas and Texas Commission on Environmental Quality ("Texas") request that the Court enter an order reinstating the petition in this matter. The undersigned counsel has consulted with counsel for the Petitioner-Intervenors who indicated that this request is unopposed.

The undersigned counsel also consulted with Respondents United States Environmental Protection Agency and Administrator Scott Pruitt ("EPA") and who responded as follows: "The United States reserves its

right to respond upon concluding review of Petitioners' Motion, but requests that – should the Court rule on Petitioners' Motion before any such response is filed – the parties be given an opportunity to confer on a briefing schedule and submit a proposed schedule (or schedules) to the Court before a briefing schedule is ordered." However, Texas and Petitioner-Intervenors have already filed their initial briefs in this matter. Doc. 00513893876 (3/2/17) and Doc. 00513893206 (3/1/17). The next outstanding item warranting a schedule is for Respondents' response brief, which the Court can schedule at its discretion following reinstatement of this matter.

Prior to abatement of this matter, Respondents requested two extensions of time for filing their response brief. Doc. 00513923122, Doc. 00513952257. Then, on May 17, 2017, an order was issued under 5th Cir. R. 42.4 dismissing this matter without prejudice and providing the parties 180 days to reinstate. Doc. 00513996945. This order was in response to a joint motion filed by the parties on May 15, 2017, requesting that this matter be held in temporary abeyance for 90 days to permit the parties an opportunity to explore administrative resolution of this matter. Doc. 00513992662. On November 7, 2017, at the request of the

parties, the period of reinstatement was extended another 180 days, until May 11, 2018.  Doc. 00514224708, Doc. 00514228936.

Since the May 17, 2017 order of abatement, the parties have attempted to resolve this matter.  In addition to various other communications, the parties held meetings by teleconference on July 11, 2017, August 14, 2017, October 24, 2017, March 9, 2018, and March 27, 2018, involving officials with the U.S. Environmental Protection Agency, the U.S. Department of Justice, the Texas Commission on Environmental Quality, and the Office of the Attorney General of Texas.  These efforts have not led to a near-term resolution of the disputes leading to this litigation, necessitating reinstatement of this matter.

## CONCLUSION

For the foregoing reasons, Texas respectfully requests that the Court immediately reinstate this matter, and enter a briefing schedule to govern further proceedings for this matter.

Dated April 3, 2018

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

PRISCILLA M. HUBENAK
Chief, Environmental Protection Division
State Bar No. 10144690
priscilla.hubenak@oag.texas.gov

*/s/ Craig J. Pritzlaff*
CRAIG J. PRITZLAFF
Assistant Attorney General
State Bar No. 24046658
craig.pritzlaff@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ENVIRONMENTAL PROTECTION DIVISION

P.O. Box 12548, MC 066
Austin, Texas 78711-2548
Tel: (512) 463-2012
Fax: (512) 320-0911

**Counsel for the State of Texas and Texas Commission on Environmental Quality**

## CERTIFICATE OF COMPLIANCE

The undersigned counsel states that this motion complies with Fed. R. App. P. 27(d)(2)(A) because it contains 419 words, excluding the caption, signature blocks, and certificates, as counted by Microsoft Word and, therefore, is within the word limit. This motion also complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface in 14-point Century Schoolbook font.

　　　　　　　　　　　　　　　*/s/ Craig J. Pritzlaff*
　　　　　　　　　　　　　　　CRAIG J. PRITZLAFF

## CERTIFICATE OF CONFERENCE

I certify that on March 28, 2018, March 29, 2018, March 30, 2018, and April 2, 2018, undersigned counsel consulted with counsel for the Respondents and Petitioner-Intervenors. Petitioner-Intervenors indicated that this request is unopposed. Respondents stated that they reserve their right to respond upon concluding their review of this Motion, and requested that should the Court rule on this Motion before they file a response, that the parties be given an opportunity to confer on a briefing schedule and submit a proposed schedule (or schedules) to the Court before a briefing schedule is ordered.

　　　　　　　　　　　　　　　*/s/ Craig J. Pritzlaff*
　　　　　　　　　　　　　　　CRAIG J. PRITZLAFF

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. On April 3, 2018, this motion was served electronically through the Court's CM/ECF system on all registered counsel.

　　　　　　　　　　　　　　　*/s/ Craig J. Pritzlaff*
　　　　　　　　　　　　　　　CRAIG J. PRITZLAFF