IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Case No. 16-60670 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; SCOTT PRUITT, in his official capacity as Administrator of the United States Environmental Protection Agency, | ) ) ) ) ) ) ) | |
| Respondents. | ) ) | |

## RESPONSE TO MOTION TO REINSTATE PETITION

Respondents United States Environmental Protection Agency and Administrator Scott Pruitt ("EPA") hereby respond to Petitioners' motion to reinstate petition (Doc. 00514413701). EPA takes no position regarding the motion to reinstate, but respectfully requests that the Court allow the parties 21 days after reinstatement to discuss a proposed litigation schedule, and at the conclusion of those 21 days, that the parties be permitted to file a motion regarding further proceedings. This request would subject no party to any immediate and significant hardship as 21 days is a modest period. Further, by allowing the parties to confer and file a motion regarding further proceedings the parties can suggest

the best timeframe for resolving this matter that would accommodate the schedules of key DOJ and EPA personnel, as well as representatives for Petitioner and Petitioner-Intervenor. Respondents therefore respectfully request that this Court allow the parties 21 days to discuss a proposed litigation schedule, and at the conclusion of that period, allow the parties to file a motion regarding further proceedings.

DATED: April 13, 2018	Respectfully submitted,

JONATHAN BRIGHTBILL
Deputy Assistant Attorney General

*/s/ Amy J. Dona*
CHLOE H. KOLMAN
AMY J. DONA
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-9277 (Kolman)
(202) 514-0223 (Dona)
chloe.kolman@usdoj.gov
amy.dona@usdoj.gov

*Of Counsel*:

Stephanie Hogan
Abirami Vijayan
Office of General Counsel
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

Lynde Schoellkopf
Office of Regional Counsel

U.S. Environmental Protection Agency,
Region 6
1445 Ross Avenue, Suite 1200
Dallas, TX 75202

*Counsel for Respondents*

## CERTIFICATION FOR ECF PLEADING
## AND OF COMPLIANCE WITH TYPE-VOLUME LIMIT

Pursuant to ECF Filing Standards Section A(6), I hereby certify that all required privacy redactions have been made; that no hard copies are required to be submitted to the clerk's office so Section A(6)(2) is not relevant; and that the ECF submission was scanned for viruses with Microsoft's Forefront Client Security, which is updated daily, and, according to the program, is free of viruses.

I also hereby certify that this document complies with the word limit of Fed. R. App. P. 27(d)(2), excluding the parts of the document exempted by Fed. R. App. P. 32(f), because this document contains 234 words. This document also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document was prepared in a proportionally spaced typeface using Microsoft Word 2013 in 14 point Times New Roman font.

DATED:  April 13, 2018                    */s/ Amy J. Dona*
                                          AMY J. DONA

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2018, I electronically filed the foregoing RESPONSE TO MOTION TO REINSTATE PETITION with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

> */s/ Amy J. Dona*
> AMY J. DONA

## CERTIFICATE OF CONFERENCE

I hereby certify that on April 16, 2017, I conferred with counsel for Petitioners and counsel for Petitioner-Intervenors regarding EPA's "request that this Court allow the parties 21 days to discuss a proposed litigation schedule, and at the conclusion of that period, allow the parties to file a motion regarding further proceedings," and Petitioners and Petitioner-Intervenors do not consent to the request.

                                                      */s/ Amy J. Dona*
                                                      AMY J. DONA