IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————

No. 16-60670

———————

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,

    Petitioners

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; SCOTT PRUITT, in his official capacity as Administrator of the United States Environmental Protection Agency,

    Respondents

———————

Petition for Review of an Order of the
Environmental Protection Agency

———————

O R D E R:

    IT IS ORDERED that petitioners' motion to reopen the case is GRANTED.

    /s/ E. Grady Jolly
    _____
    E. GRADY JOLLY
    UNITED STATES CIRCUIT JUDGE