IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 16-60670
_____

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,

    Petitioners

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; SCOTT PRUITT, in his official capacity as Administrator of the United States Environmental Protection Agency,

    Respondents

_____

Petition for Review of an Order of the
Environmental Protection Agency
_____

O R D E R:

IT IS ORDERED that respondents' opposed motion to allow the parties 21 days to discuss a proposed litigation schedule is GRANTED.

IT IS FURTHER ORDERED that respondents' opposed motion to allow the parties to file a motion regarding further proceedings at the conclusion of the 21 day period is GRANTED.

/s/ E. Grady Jolly
_____
E. GRADY JOLLY
UNITED STATES CIRCUIT JUDGE