# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 21, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 16-60670   State of Texas, et al v. EPA, et al
                       Agency No. 81 Fed. Reg. 53,284

Enclosed is an order entered in this case.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  /s/ Dantrell Johnson

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Ms. Amy J. Dona
Mr. Philip Stephen Gidiere, III
Ms. Priscilla M. Hubenak
Mr. Daniel Jude Kelly
Ms. Chloe H. Kolman
Mr. David Welles Mitchell
Ms. Stephanie Zapata Moore
Mr. Craig James Pritzlaff

**P.S. to Ms. Dona:** In light of the attached order, the status report is due to be filed in this case every **120 days** until the settlement discussions are resolved.