IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 16-60670
_____

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,

      Petitioners

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; SCOTT PRUITT, in his official capacity as Administrator of the United States Environmental Protection Agency,

      Respondents

_____

Petition for Review of an Order of the
Environmental Protection Agency

_____

O R D E R :

IT IS ORDERED that the joint unopposed motion to stay further proceedings in this court pending settlement discussions is GRANTED.

IT IS FURTHER ORDERED that the joint unopposed motion to file status reports every 120 days is GRANTED.

      /s/ E. Grady Jolly
      _____
      E. GRADY JOLLY
      UNITED STATES CIRCUIT JUDGE