# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 23, 2018

No. 16-60670     State of Texas, et al v. EPA, et al
                 USDC No. 81 Fed. Reg. 53,284

Dear All Counsel:

Attached is the updated case caption that must be used on all future filings in this case.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Dantrell L. Johnson, Deputy Clerk
                                    504-310-7689

cc:
    Ms. Amy J. Dona
    Mr. Philip Stephen Gidiere, III
    Ms. Priscilla M. Hubenak
    Mr. Daniel Jude Kelly
    Ms. Chloe H. Kolman
    Mr. David Welles Mitchell
    Ms. Stephanie Zapata Moore
    Mr. Craig James Pritzlaff

Updated Case Caption

No. 16-60670

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,

    Petitioners

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; ANDREW WHEELER, in his official capacity as Acting Administrator of the United States Environmental Protection Agency,

    Respondents