# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

STATE OF TEXAS; TEXAS )
COMMISSION ON )
ENVIRONMENTAL QUALITY, )
    *Petitioners,* )
  )
v. )    Case No. 16-60670
  )
UNITED STATES )
ENVIRONMENTAL PROTECTION )
AGENCY; et al., )
    *Respondents.* )

## PETITIONERS' NOTICE OF WITHDRAWAL AND SUBSTITUTION OF LEAD COUNSEL

Craig J. Pritzlaff, the undersigned attorney, hereby withdraws as counsel in the above-captioned case. Priscilla M. Hubenak, Assistant Attorney General, will remain and serve as lead counsel for Petitioners the State of Texas and the Texas Commission on Environmental Quality.

Dated December 6, 2018

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

PRISCILLA M. HUBENAK
Chief, Environmental Protection Division
State Bar No. 10144690
priscilla.hubenak@oag.texas.gov

*/s/ Craig J. Pritzlaff*
CRAIG J. PRITZLAFF
Assistant Attorney General
State Bar No. 24046658
craig.pritzlaff@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ENVIRONMENTAL PROTECTION DIVISION
P.O. Box 12548, MC 066
Austin, Texas 78711-2548
Tel: (512) 463-2012
Fax: (512) 320-0911

**Counsel for the State of Texas and Texas Commission on Environmental Quality**

## CERTIFICATE OF SERVICE

On December 6, 2018, the foregoing document was served electronically through the Court's CM/ECF system on all registered counsel.

*/s/ Craig J. Pritzlaff*
CRAIG J. PRITZLAFF