IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Case No. 16-60670 |
| | ) | |
| UNITED STATES ENVIRONMENTAL | ) | |
| PROTECTION AGENCY, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

**RESPONDENTS' MOTION FOR EXTENSION OF DEADLINE TO FILE
120-DAY STATUS REPORT IN LIGHT OF LAPSE IN APPROPRIATIONS**

Respondents the United States Environmental Protection Agency et al.

("EPA") hereby move for an extension of the January 17, 2019, deadline to file a

120-day status report in the above-captioned matter until fourteen days after

Congress has restored appropriations to the Department of Justice and EPA.  The

reasons for this motion are as follows:

1.    On the end of the day on December 21, 2018, the appropriations act

that had been funding the Department of Justice expired and appropriations to the

Department lapsed.  Appropriations have also lapsed for several other Executive

agencies, including EPA.  The Department and EPA do not know when funding

will be restored.

2.      Absent an appropriation, Department of Justice attorneys and EPA employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

3.      Undersigned counsel for the Department of Justice therefore requests an extension of the January 17, 2019, deadline to file a 120-day status report in this matter until fourteen days after Congress has restored appropriations to the Department and EPA.

4.      If this motion for an extension is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department and EPA.

5.      Undersigned counsel has coordinated with counsel for all other parties and is authorized to state that this motion is unopposed.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the United States hereby moves for an extension of the January 17, 2019, deadline to file a 120-day status report in this matter until Department of Justice attorneys and EPA personnel are permitted to resume their usual civil litigation functions.

DATED:   February 23, 2019                    Respectfully submitted,

JON BRIGHTBILL
Deputy Assistant Attorney General

*/s/ Chloe H. Kolman*
CHLOE H. KOLMAN
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-9277 (Kolman)
chloe.kolman@usdoj.gov

*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2019, I electronically filed the foregoing Motion for Extension of Deadline to File 120-Day Status Report with the Clerk of the Court using the CM/ECF system.  The participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ Chloe H. Kolman
CHLOE H. KOLMAN