# United States Court of Appeals

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

January 24, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 16-60670   State of Texas, et al v. EPA, et al
                   Agency No. 81 Fed. Reg. 53,284

The court has taken the following action in this case: The court has granted respondents' unopposed motion to extend the deadline to file the 120-day status report until 14 days after Congress has restored appropriations to the Department of Justice and EPA.

Counsel for respondents is directed to notify this office immediately upon resumption of operations so that the status report deadline can be re-set.

                                     Sincerely,

                                       LYLE W. CAYCE, Clerk

                                     By: _____
                                     Dantrell L. Johnson, Deputy Clerk
                                     504-310-7689

Ms. Amy J. Dona
Mr. Philip Stephen Gidiere, III
Ms. Priscilla M. Hubenak
Mr. Daniel Jude Kelly
Ms. Chloe H. Kolman
Mr. David Welles Mitchell
Ms. Stephanie Zapata Moore