# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

January 28, 2019

No. 16-60670     State of Texas, et al v. EPA, et al
                 Agency No. 81 Fed. Reg. 53,284

Dear Counsel:

In light of the restoration of appropriations, the status report is due within the next **14 days**, or by no later than February 11, 2019.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                *Dantrell Johnson*

                                By: _____
                                Dantrell L. Johnson, Deputy Clerk
                                504-310-7689

cc:
   Ms. Amy J. Dona
   Mr. Philip Stephen Gidiere, III
   Ms. Priscilla M. Hubenak
   Mr. Daniel Jude Kelly
   Ms. Chloe H. Kolman
   Mr. David Welles Mitchell
   Ms. Stephanie Zapata Moore