IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, | ) ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | Case No. 16-60670 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; ANDREW WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency, | ) ) ) ) ) ) ) | |
| Respondents. | ) ) | |
| _____) | | |

## STATUS REPORT

Respondents United States Environmental Protection Agency and Acting Administrator Andrew Wheeler ("EPA") filed an unopposed motion to hold this case in abeyance on May 18, 2018, which the Court granted on May 21, 2018. EPA files this status report pursuant to the Court's Order dated May 21, 2018, advising the Court of the status of settlement discussions. The last such report was filed on September 19, 2018. Since this case was put in abeyance, representatives of EPA and Texas Commission on Environmental Quality ("Texas CEQ") have continued to discuss and work on future administrative actions that could resolve the substantive issues raised by Petitioners. In particular, Texas CEQ submitted a

state implementation plan ("SIP") revision intended to address the requirements of

CAA section 110(a)(2)(D)(i)(I) for the 2015 ozone NAAQS on September 5, 2018.

EPA is presently reviewing that submission; once its review is concluded, the

parties will consider whether action on that submission or any other alternative

administrative action would impact the issues that underlie this case.  Thus, it

remains possible that these actions by EPA and Texas CEQ will obviate the need

for any further judicial proceedings on this petition for review.

By the Court's Order of May 21, 2018, the next status report is due in 120

days (June 11, 2019).  If EPA's and Texas CEQ's discussions are concluded before

that date, the parties will file motions to govern future proceedings within 30 days

of the conclusion of the discussions.

DATED:  February 11, 2019          Respectfully submitted,

JON BRIGHTBILL
Deputy Assistant Attorney General

*/s/ Chloe H. Kolman*
CHLOE H. KOLMAN
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-9277
chloe.kolman@usdoj.gov

*Of Counsel*:

Stephanie Hogan
Abirami Vijayan
Office of General Counsel
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

Lynde Schoellkopf
Office of Regional Counsel
U.S. Environmental Protection Agency,
Region 6
1445 Ross Avenue, Suite 1200
Dallas, TX 75202

*Counsel for Respondents*

## CERTIFICATION FOR ECF PLEADING
## AND OF COMPLIANCE WITH TYPEFACE REQUIREMENT

Pursuant to ECF Filing Standards Section A(6), I hereby certify that all required privacy redactions have been made; that no hard copies are required to be submitted to the clerk's office so Section A(6)(2) is not relevant; and that the ECF submission was scanned for viruses with Microsoft's Forefront Client Security, which is updated daily, and, according to the program, is free of viruses.

This document also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document was prepared in a proportionally spaced typeface using Microsoft Word 2013 in 14 point Times New Roman font.

DATED:  February 11, 2019                    */s/ Chloe H. Kolman*
                                             CHLOE H. KOLMAN

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2019, I electronically filed the

foregoing STATUS REPORT with the Clerk of the Court for the United States

Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system.  The

participants in the case are registered CM/ECF users and service will be

accomplished by the appellate CM/ECF system.

*/s/ Chloe H. Kolman*
CHLOE H. KOLMAN