# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 12, 2019

No. 16-60670   State of Texas, et al v. EPA, et al
Agency No. 81 Fed. Reg. 53,284

Dear Counsel:

The Court has directed counsel for all parties in this case to address the following in supplemental status reports (Use the docket event 'Status Report'). The reports should not exceed three pages in length and should be provided no later than two weeks from this date. The next regularly-scheduled EPA status report remains due on or before October 9, 2019.

In this case, Texas sought review of the EPA's disapproval of a portion of its State Implementation Plan. The case was placed in abeyance by this court over a year ago, on May 21, 2018, pursuant to a joint motion by Texas and the EPA to stay proceedings pending settlement discussions. This court directed the EPA to provide status reports every 120 days while the case remained in abeyance.

Based on the EPA's subsequent representations, it is the court's understanding that Texas submitted a revised State Implementation Plan for EPA review on September 05, 2018, and that the EPA is still reviewing that submission as of this date.

We request that counsel provide supplemental status reports to the court addressing the review of the implementation plan, the status of the settlement discussions, and whether this case should continue to remain in abeyance.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:   Ms. Amy J. Dona
      Mr. Philip Stephen Gidiere, III
      Ms. Priscilla M. Hubenak
      Mr. Daniel Jude Kelly
      Ms. Chloe H. Kolman
      Mr. David Welles Mitchell
      Ms. Stephanie Zapata Moore
      Ms. Linda B. Secord