# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, <br> *Petitioners,* | ) ) ) ) ) | |
| v. | ) ) | Case No. 16-60670 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; et al., <br> *Respondents.* | ) ) ) ) ) | |

## PETITIONERS' SUPPLEMENTAL STATUS REPORT

Pursuant to the Court's directive by letter dated July 12, 2019, to all counsel for the parties, Petitioners the State of Texas and the Texas Commission on Environmental Quality (TCEQ) submit this supplemental status report addressing, as requested, 1) Respondent United States Environmental Protection Agency's (EPA) review of the revised State Implementation Plan (SIP) submitted on behalf of Texas by the TCEQ; 2) the status of settlement discussions between Texas and the United States regarding the merits of this appeal; and 3) whether this case should continue to remain in abeyance.

1.    *EPA Continues to Review Texas's SIP Revision.* Respondent EPA filed its requested supplemental status report with the Court on

July 23, 2019 (Doc. 00515045961), informing the Court on the progress of EPA's review of Texas's SIP revision. Texas and the TCEQ refer the Court to that report in which EPA details what is being done and approximate deadlines in 2020 for EPA's completion of the review.

2.     *No Settlement Discussions are Ongoing.* Neither the State of Texas nor the state's environmental agency, the TCEQ, are currently discussing settlement of this case with the United States.

3.     *Texas Respectfully Requests that this Case Remain in Abeyance.*[1] This case should continue to remain in abeyance. The case could be settled by actions of EPA regarding Texas's revised SIP or impacted by alternative administrative actions of EPA. We urge the Court to allow adequate time for EPA to compete its scheduled work, which may avoid the need to further litigate this appeal.

Dated: July 26, 2019

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

---

[1] Counsel for Petitioner-Intervenors informed the undersigned counsel that they support Petitioners' position that that this case should remain in abeyance and requested that Petitioners advise the Court of their position.

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

*/s/ Priscilla M. Hubenak*
PRISCILLA M. HUBENAK
Assistant Attorney General
Chief, Environmental Protection Division
State Bar No. 10144690
Priscilla.Hubenak@oag.texas.gov

Linda B. Secord
Assistant Attorney General
State Bar No. 17973400
Linda.Secord@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ENVIRONMENTAL PROTECTION DIVISION
P.O. Box 12548, MC 066
Austin, Texas 78711-2548
Tel: (512) 463-2012
Fax: (512) 320-0911

**Counsel for the State of Texas and Texas Commission on Environmental Quality**

## CERTIFICATE OF SERVICE

On July 26, 2019, a copy of the foregoing document was served electronically through the Court's CM/ECF system on all registered counsel in this case.

*/s/ Priscilla M. Hubenak*
PRISCILLA M. HUBENAK