# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS and TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,<br><br>    Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and ANDREW WHEELER, Administrator, United States Environmental Protection Agency,<br><br>    Respondents. | Case No. 16-60670 |

## SUPPLEMENTAL CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fifth Circuit Rule 28.2.1, the undersigned counsel of record for Petitioner-Intervenors Luminant Generation Company LLC, Big Brown Power Company LLC, Luminant Mining Company LLC, La Frontera Holdings, LLC, Oak Grove Management Company LLC, and Sandow Power Company LLC (collectively, "Luminant Intervenors") submit this supplemental certificate of interested persons. This supplemental certificate is necessary in light of a change in the name of the Luminant Intervenors' ultimate parent company from Vistra Energy Corp. to Vistra Corp. that became effective on July 2, 2020.

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest

in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

- Balch & Bingham LLP (Counsel for Luminant Intervenors)
- Big Brown Power Company LLC (Intervenor)
- Gidiere, P. Stephen III (Counsel for Luminant Intervenors)
- Kelly, Daniel J. (Counsel for Luminant Intervenors and Vice President & Associate General Counsel for Vistra Corp.)
- La Frontera Holdings, LLC (Intervenor)
- Luminant Generation Company LLC (Intervenor)
- Luminant Mining Company LLC (Intervenor)
- Mitchell, David W. (Counsel for Luminant Intervenors and Senior Counsel, Environmental for Vistra Corp.)
- Moore, Stephanie Zapata (Counsel for Luminant Intervenors and Executive Vice President & General Counsel for Vistra Corp.)
- Oak Grove Management Company LLC (Intervenor)
- Sandow Power Company LLC (Intervenor)
- Vistra Asset Company LLC (Parent company of Luminant Intervenors)
- Vistra Corp. (Parent company of Luminant Intervenors)
- Vistra Intermediate Company LLC (Parent company of Luminant Intervenors)
- Vistra Operations Company LLC (Parent company of Luminant Intervenors)

Dated: August 25, 2020                    Respectfully submitted,

                                        <u>s/ P. Stephen Gidiere III</u>
                                        P. Stephen Gidiere III
BALCH & BINGHAM LLP
1901 6th Ave. N., Ste. 1500
Birmingham, Alabama 35203
205-251-8100
sgidiere@balch.com

Stephanie Z. Moore
Executive Vice President & General Counsel
VISTRA CORP.
6555 Sierra Drive
Irving, Texas 75039

Daniel J. Kelly
Vice President & Associate General Counsel
VISTRA CORP.
6555 Sierra Drive
Irving, Texas 75039

David W. Mitchell
Senior Counsel, Environmental
VISTRA CORP.
6555 Sierra Drive
Irving, Texas 75039

*Counsel for Petitioner-Intervenors Luminant Generation Company LLC, Big Brown Power Company LLC, Luminant Mining Company LLC, La Frontera Holdings, LLC, Oak Grove Management Company LLC, and Sandow Power Company LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 25th day of August, 2020.

s/ P. Stephen Gidiere III
*Counsel for Petitioner-Intervenors*
