# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 12, 2021

Mr. Philip Stephen Gidiere III
Balch & Bingham, L.L.P.
1901 6th Avenue, N.
Ste. 1500
Birmingham, AL 35203

Ms. Priscilla M. Hubenak
Office of the Attorney General
Environmental Protection & Administrative Law Division
P.O. Box 12548 (MC 066)
Austin, TX 78711-2548

Mr. Daniel Jude Kelly
Vistra Energy Corporation
1601 Bryan Street
Energy Plaza
Dallas, TX 75201

Ms. Chloe H. Kolman
U.S. Department of Justice
Environmental Defense Section
601 D Street, N.W.
Washington, DC 20004

Mr. Matthew Z. Leopold
Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
William Jefferson Clinton Building
Washington, DC 20460

Mr. David Welles Mitchell
Vistra Energy
6555 Sierra Drive
Irving, TX 75039

Ms. Stephanie Zapata Moore
Vistra Energy Corporation
1601 Bryan Street
Energy Plaza
Dallas, TX 75201

Ms. Linda B. Secord
Office of the Attorney General
for the State of Texas
300 W. 15th Street
William P. Clements Building
10th Floor
Austin, TX 78701

    No. 16-60670    State of Texas v. EPA
                           Agency No. 81 Fed. Reg. 53,284

Dear Mr. Gidiere, Ms. Hubenak, Mr. Kelly, Ms. Kolman, Mr. Leopold, Mr. Mitchell, Ms. Moore, Ms. Secord,

Attached is a revised case caption, which should be used on all future filings in this case.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Connie Brown, Deputy Clerk
                                  504-310-7671

                            Case No. 16-60670

State of Texas; Texas Commission on Environmental Quality,

            Petitioners

v.

United States Environmental Protection Agency; Michael S. Regan, in his official capacity as Acting Administrator of the United States Environmental Protection Agency,

            Respondents