# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

July 20, 2023

Mr. Philip Stephen Gidiere III  
Balch & Bingham, L.L.P.  
1901 6th Avenue, N.  
Suite. 1500  
Birmingham, AL 35203

Ms. Priscilla M. Hubenak  
Office of the Attorney General  
Environmental Protection & Administrative Law Division  
P.O. Box 12548 (MC 066)  
Austin, TX 78711-2548

Ms. Chloe H. Kolman  
U.S. Department of Justice  
Environment & Natural Resources Division  
P.O. Box 7611  
Washington, DC 20044-7611

    No. 16-60670   State of Texas v. EPA  
                         USDC No. 81 Fed. Reg. 53,284

Dear Counsel:

The parties are requested to file letter briefs stating their position as to whether or not this case should be: (1) removed from abeyance, with the briefing schedule to resume; or (2) removed from abeyance and consolidated with the newly-filed related case, 23-60069, Texas v. EPA. The letter briefs may not exceed five pages in length and must be filed on or before July 28, 2023.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____  
                                      Whitney M. Jett, Deputy Clerk  
                                      504-310-7772

cc:  
    Mr. Daniel Jude Kelly  
    Mr. David Welles Mitchell  
    Ms. Stephanie Zapata Moore  
    Mr. Jeffrey Prieto