July 28, 2023

VIA ELECTRONIC FILING

Lyle W. Cayce, Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Pl., Ste 115
New Orleans, LA 70130

Re:   *State of Texas v. EPA*, No. 16-60670

Dear Mr. Cayce:

The parties submit this joint response to the Court's letter directing them to file letter briefs "stating their position as to whether or not this case should be: (1) removed from abeyance, with the briefing schedule to resume; or (2) removed from abeyance and consolidated with the newly-filed related case, 23-60069, Texas v. EPA." ECF No. 158. The parties have conferred and have agreed that this case (the 2016 case) should remain in abeyance pending resolution of the newly-filed case, 23-60069 (the 2023 case), the resolution of which may obviate the need for further briefing in the 2016 case.

If the court were to deny the parties' joint request that the 2016 case remain in abeyance, the parties request that the court set a briefing schedule to resume only after resolution of the 2023 case. The parties do not believe that consolidation of the two cases would streamline resolution of either matter. The cases involve different federal actions for different federal ozone standards and are based on different administrative records. In the parties' view, the most efficient path forward would be to resolve the 2023 case, then request the parties' positions on whether any live issues remain in the 2016 case and, if so, what an appropriate briefing schedule would be in that case.

Sincerely,

| | |
|---|---|
| TODD KIM<br>Assistant Attorney General<br><br> */s/ Chloe Kolman*<br>CHLOE KOLMAN<br>U.S. Department of Justice<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C. 20044<br>(202) 514-9277<br>Chloe.kolman@usdoj.gov<br>*Counsel for Respondent U.S.*<br>*Environmental Protection Agency* | ANGELA COLMENERO<br>Provisional Attorney General<br><br>BRENT WEBSTER<br>First Assistant Attorney General<br><br>GRANT DORFMAN<br>Deputy First Assistant Attorney<br>General<br><br>JAMES LLOYD<br>Acting Deputy Attorney General for<br>Civil Litigation<br><br>*/s/ Priscilla M. Hubenak*<br>PRISCILLA M. HUBENAK<br>Chief, Environmental Protection<br>Division<br>Assistant Attorney General<br>Texas State Bar No. 10144690<br>Priscilla.Hubenak@oag.texas.gov<br><br>Office of the Attorney General of<br>Texas Environmental Protection<br>Division P.O. Box 12548, MC-066<br>Austin, Texas 78711-2548<br>Texas Telephone: (512) 475-4160<br>Facsimile: (512) 320-0911<br><br>*Counsel for Petitioners,*<br>*State of Texas and Texas Commission*<br>*on Environmental Quality* |

s/ P. Stephen Gidiere III
P. Stephen Gidiere III
BALCH & BINGHAM LLP
1901 6th Ave. N., Ste. 1500
Birmingham, Alabama 35203
205-251-8100
sgidiere@balch.com

Stephanie Z. Moore
Executive Vice President & General Counsel
Daniel J. Kelly
Senior Vice President & Deputy General Counsel
David W. Mitchell
Senior Counsel, Environmental
VISTRA CORP.
6555 Sierra Drive
Irving, Texas 75039

*Counsel for Petitioner-Intervenors Luminant Generation Company LLC, Big Brown Power Company LLC, Luminant Mining Company LLC, La Frontera Holdings, LLC, Oak Grove Management Company LLC, and Sandow Power Company LLC*