# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

May 23, 2024

Mr. Philip Stephen Gidiere III
Balch & Bingham, L.L.P.
1901 6th Avenue, N.
Suite. 1500
Birmingham, AL 35203

Mr. John Richard Hulme
Office of the Attorney General of Texas
Environmental Protection Division
P.O. Box 12548 (MC-066)
Austin, TX 78711-2548

Mr. Daniel Jude Kelly
Vistra Energy Corporation
1601 Bryan Street
Energy Plaza
Dallas, TX 75201

Ms. Chloe H. Kolman
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611

Mr. David Welles Mitchell
Vistra Corporation
6555 Sierra Drive
Irving, TX 75039

Ms. Stephanie Zapata Moore
Vistra Energy Corporation
1601 Bryan Street
Energy Plaza
Dallas, TX 75201

Mr. Jeffrey Prieto
Environmental Protection Agency
Office of General Counsel
1200 Pennsylvania Avenue, N.W.
William Jefferson Clinton Building

Washington, DC 20460-0003

   No. 16-60670   State of Texas v. EPA
                  Agency No. 81 Fed. Reg. 53,284

Dear Counsel,

Per the court's directive this case has been removed from abeyance.

The parties are asked to file simultaneous letter briefs not to exceed 10 pages within 14 days explaining how this appeal should be resolved. Your letter briefs must be electronically filed on or before June 6, 2024.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Majella A. Sutton, Deputy Clerk
                        504-310-7680