# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 04, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 16-60670    State of Texas v. EPA
                 Agency No. 81 Fed. Reg. 53,284

Enclosed is an order entered in this case.

                 Sincerely,

                 LYLE W. CAYCE, Clerk

                 By: _____
                 Majella A. Sutton, Deputy Clerk
                 504-310-7680

Mr. Philip Stephen Gidiere III
Mr. John Richard Hulme
Mr. Daniel Jude Kelly
Ms. Chloe H. Kolman
Mr. David Welles Mitchell
Ms. Stephanie Zapata Moore
Mr. Jeffrey Prieto
Mr. Michael S. Regan