# United States Court of Appeals
# for the Fifth Circuit

———————

No. 16-60670

———————

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL
QUALITY,

*Petitioners*,

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY;
MICHAEL S. REGAN, *in his official capacity as Acting Administrator of*
THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondents*.

———————————————————————

Petition for Review from an Order of the
Environmental Protection Admin
Agency No. 81 Fed. Reg. 53,284

———————————————————————

ORDER:

IT IS ORDERED that the joint motion for an extension of 7-days until
June 13, 2024, to file simultaneous letter briefs in response to the Court's
May 23, 2024, directive is GRANTED.

/s/ E. Grady Jolly

_____

E. GRADY JOLLY
*United States Circuit Judge*