# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 21, 2024

Mr. John Richard Hulme
Office of the Attorney General of Texas
Environmental Protection Division
P.O. Box 12548 (MC-066)
Austin, TX 78711-2548

    No. 16-60670   State of Texas v. EPA
                            Agency No. 81 Fed. Reg. 53,284

Dear Mr. Hulme,

Briefing resumed with the following briefing schedule for this case:

Petitioner brief due: July 22, 2024
Response brief due:  August 5, 2024
Reply brief due: August 12, 2024

<u>Brief Template:</u>  The clerk's office offers brief templates and the ability to check the brief for potential deficiencies prior to docketing to assist in the preparation of the brief.  To access these options, log in to CM/ECF and from the Utilities menu, select 'Brief Template' (Counsel Only) or 'PDF Check Document'.

**<u>Reminder as to Sealing Documents on Appeal:</u>** Our court has a strong presumption of public access to our court's records, and the court scrutinizes any request by a party to seal pleadings, record excerpts, or other documents on our court docket.  Counsel moving to seal matters must explain in particularity the necessity for sealing in our court.  Counsel do not satisfy this burden by simply stating that the originating court sealed the matter, as the circumstances that justified sealing in the originating court may have changed or may not apply in an appellate proceeding.  It is the obligation of counsel to justify a request to file under seal, just as it is their obligation to notify the court whenever sealing is no longer necessary.  An unopposed motion to seal does not obviate a counsel's obligation to justify the motion to seal.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

Enclosure(s)

cc w/encl:
    Mr. Philip Stephen Gidiere III
    Mr. Daniel Jude Kelly
    Ms. Chloe H. Kolman
    Mr. David Welles Mitchell
    Ms. Stephanie Zapata Moore
    Mr. Jeffrey Prieto

Case No. 16-60670

State of Texas; Texas Commission on Environmental Quality,

    Petitioners

v.

United States Environmental Protection Agency; Michael S. Regan, in his official capacity as Acting Administrator of the United States Environmental Protection Agency,

    Respondents