# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 12, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 16-60670   State of Texas v. EPA
                         Agency No. 81 Fed. Reg. 53,284

Enclosed is an order entered in this case.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Majella A. Sutton, Deputy Clerk
                            504-310-7680

Mr. Philip Stephen Gidiere III
Mr. John Richard Hulme
Ms. Sarah Izfar
Mr. Daniel Jude Kelly
Ms. Chloe H. Kolman
Ms. Jin Hyung Lee
Mr. David Welles Mitchell
Ms. Stephanie Zapata Moore
Mr. Jeffrey Prieto
Ms. Erin Kathleen Snody