# United States Court of Appeals for the Fifth Circuit

---

No. 16-60670

---

United States Court of Appeals
Fifth Circuit

**FILED**

July 12, 2024

Lyle W. Cayce
Clerk

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,

*Petitioners,*

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, *in his official capacity as Acting Administrator of* THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondents.*

---

Petition for Review from an Order of the
Environmental Protection Agency
Agency No. 81 Fed. Reg. 53,284

---

ORDER:

IT IS ORDERED that that the joint motion to extend time to file Petitioners' supplemental brief until August 5, 2024, is DENIED. Petitioners' supplemental brief remains due on or before July 22, 2024.

IT IS FURTHER ORDERED that the joint motion to extend time to file Respondents' supplemental brief until September 18, 2024, is DENIED in part. Respondents' supplemental brief is now due on or before August 30, 2024.

IT IS FURTHER ORDERED that the joint motion to extend time to file supplemental reply brief until October 2, 2024, is DENIED in part. The supplemental reply brief is now due on or before September 6, 2024.

IT IS FURTHER ORDERED that the joint motion to file Petitioners' supplemental brief in excess words but not to exceed 4,500 words is GRANTED.

IT IS FURTHER ORDERED that the joint motion to file Respondents' supplemental brief in excess words but not to exceed 21,500 words is GRANTED.

/s/ Jennifer W. Elrod
Jennifer Walker Elrod
*United States Circuit Judge*