# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals Fifth Circuit
**FILED**
September 4, 2024
Lyle W. Cayce
Clerk

No. 16-60670

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,

*Petitioners,*

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, *in his official capacity as Acting Administrator of the United States Environmental Protection Agency,*

*Respondents.*

_____

Petition for Review from an Order of the
Environmental Protection Agency
Agency No. 81 Fed. Reg. 53,284

_____

ORDER:

IT IS ORDERED that Petitioners' unopposed motion for an extension of 14 days, or, to and including September 20, 2024, to file the reply brief is GRANTED.

/s/ Jennifer W. Elrod
JENNIFER WALKER ELROD
*United States Circuit Judge*