# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 23, 2024
Lyle W. Cayce
Clerk

No. 16-60670

_____

State of Texas; Texas Commission on Environmental Quality,

*Petitioners,*

*versus*

United States Environmental Protection Agency; Michael S. Regan, *in his official capacity as Acting Administrator of the United States Environmental Protection Agency,*

*Respondents.*

_____

Petition for Review from an Order of the
Environmental Protection Agency
Agency No. 81 Fed. Reg. 53,284

_____

ORDER:

IT IS ORDERED that the Intervenors' unopposed motion for leave to file a reply brief is GRANTED.

/s/ Jennifer W. Elrod
Jennifer Walker Elrod
*United States Circuit Judge*