# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 15, 2024

No. 16-60670     State of Texas v. EPA
USDC No. 81 Fed. Reg. 53,284

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

The covers of your documents must be the following colors: Appellant's brief must be blue; Appellee's brief must be red; Appellant's reply brief must be gray; Supplemental brief must be tan; Intervenor brief must be green. You may refer to Fed. R. App. P. 32 for guidance.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Pamela F. Trice, Deputy Clerk
504-310-7633

Mr. Philip Stephen Gidiere III
Mr. John Richard Hulme
Ms. Sarah Izfar
Mr. Daniel Jude Kelly
Ms. Chloe H. Kolman
Ms. Jin Hyung Lee
Mr. Jacob Edward Marx
Mr. David Welles Mitchell
Ms. Stephanie Zapata Moore
Mr. Jeffrey Prieto
Ms. Erin Kathleen Snody