# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 23, 2025

Mr. Philip Stephen Gidiere III
Balch & Bingham, L.L.P.
1901 6th Avenue, N.
Suite. 1500
Birmingham, AL 35203

Mr. John Richard Hulme
Office of the Attorney General of Texas
Environmental Protection Division
P.O. Box 12548 (MC-066)
Austin, TX 78711-2548

Ms. Sarah Izfar
U.S. Department of Justice
Environment & Natural Resources Division
150 M Street, N.E.
Washington, DC 20002

Mr. Daniel Jude Kelly
Vistra Energy Corporation
1601 Bryan Street
Energy Plaza
Dallas, TX 75201

Ms. Chloe H. Kolman
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611

Ms. Jin Hyung Lee
U.S. Department of Justice
Environment & Natural Resources Division
150 M Street, N.E.
Washington, DC 20002

Mr. Jacob Edward Marx
Office of the Attorney General of Texas
Environmental Protection Division
P.O. Box 12548 (MC-066)
Austin, TX 78711-2548

Mr. David Welles Mitchell
Vistra Corporation
6555 Sierra Drive
Irving, TX 75039

Ms. Stephanie Zapata Moore
Vistra Energy Corporation
1601 Bryan Street
Energy Plaza
Dallas, TX 75201

Ms. Erin Kathleen Snody
Office of the Attorney General of Texas
Environmental Protection Division
P.O. Box 12548 (MC-066)
Room MC066
Austin, TX 78711-2548

No. 16-60670    State of Texas v. EPA
                Agency No. 81 Fed. Reg. 53,284

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

Case No. 16-60670

State of Texas; Texas Commission on Environmental Quality,

        Petitioners

v.

United States Environmental Protection Agency; James Payne, in his official capacity as Acting Administrator of the United States Environmental Protection Agency,

        Respondents